# EXHIBIT H

# C.H. Robinson Contract Addendum and Carrier Load Confirmation – #390013200

**This load confirmation is confidential information of CH Robinson and may not be disclosed to third parties without CH Robinson's prior written approval.**

**General Contact at Floyd Inc – T5349271**

C.H. Robinson requires automated shipment check-in and in-transit updates from one of the approved shipment status technologies.  Additional information about these technologies can be found at www.chrobinson.com.

If you require assistance during your check-in process, please use one of our mobile apps, or call (800) 233-5623.

  

| C.H. Robinson Communication |
|---|

| Customer-Specified Equipment Requirements |
|---|

| Driver Name: | Larry | | Trailer #: | 021077 |
|---|---|---|---|---|
| Tractor #: | 6472 | | | |
| Equipment: | Van - Min L=53 | | | |

C.H. Robinson's Customer requires that the Carrier arrives at Shipper with the following specific equipment to properly transport this shipment:
A clean, dry, empty, odor-free and hole-free trailer is required for this shipment.

| **SHIPPER#1:** | ConMet Charleston | Pick Up Date: | 02/28/22 |
|---|---|---|---|
| Address: | 2310 Charleston Regional Pkwy | *Scheduled to Pick* | |
| | Charleston, SC 29492 | Pick Up Time: | 08:00-15:00 |
| | | Pickup#: | |
| Phone: | (843) 744-9777 | Appointment#: | |

Please ask for and confirm receipt of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| BRAKE DRUMS | 42,984 | Pallet(s) | 18 | 18 | | 0000000000 |

***Shipper Instructions***

| **RECEIVER #1:** | Wheelco Distribution Center | Delivery Date: | 03/04/22 |
|---|---|---|---|
| Address: | 610 S Marion Rd | *Open Delivery* | |
| | Sioux Falls, SD 57106 | Delivery Time: | 08:00-15:00 |
| | | Delivery#: | |
| Phone: | (123) 456-7890 | Appointment#: | |

Please confirm delivery of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
|---|---|---|---|---|---|---|
| BRAKE DRUMS | 42,984 | Pallet(s) | 18 | 18 | | 0000000000 |

***Receiver Instructions***
BUILDING #1



# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #390013200

| Rate Details | | | |
|---|---|---|---|
| Service for Load #390013200 | Amount | Rate | Extended |
| Line Haul - FLAT RATE | 1 | $4,800.00 | $4,800.00 |
| | | | |
| Total: | | | $4,800.00 |

### SUBMIT FREIGHT BILL TO:

CHRW Billing
P.O. Box 3470
Chicago, IL 60654
LoadDocs@CHRobinson.com

**To insure prompt payment, all billing must be accompanied by an invoice with the
Carrier Name and C.H. Robinson Load Number**

| Fuel Surcharge Information |
|---|
| Please note that C.H. Robinson has included a $688.08 fuel surcharge within the listed transportation rate on this confirmation.  The fuel surcharge is an estimate based off of a weekly national average fuel price from the U.S. Department of Energy. |

| QUICK PAY and CASH ADVANCE |
|---|
| QUICK PAY - If you are a Carrier who utilizes C.H. Robinson's Quick Pay Program, you may email your invoice and required paperwork to LoadDocs@chrobinson.com or visit NavisphereCarrier.com for other scanning options. Funds will be released from C.H. Robinson, minus the fixed discount, within two business days from receipt of complete and legible paperwork. Paperwork received by 12:00 noon (CST) will be counted as same day; paperwork received after 12:00 noon (CST) will count as the next business day.  Carriers enrolled in Quick Pay are no longer required to submit original paperwork for payment in addition to using one of our billing methods unless otherwise instructed by C.H. Robinson. Carrier shall retain custody of the original paperwork and provide it to C.H. Robinson upon Request. <br><br> C.H. Robinson also recommends that Carrier only submit "receipt" for payment once, regardless of billing method to avoid additional fees.  If you would like more information about becoming enrolled in Quick Pay, please contact the Quick Pay Department at (800) 326-9977.  For a list of our billing options, please visit NavisphereCarrier.com. <br><br><br> CASH ADVANCE – Carriers may request a cash advance from C.H. Robinson to be issued at C.H. Robinson's sole discretion as a partial settlement to the agreed upon rate.  All cash advances will be deducted from final settlement; including a transaction fee of the greater of 3% of the advance issued or $15 for each individual advance. |



# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #390013200

| C.H. Robinson Contract Addendum and Carrier Load Confirmation Conditions |
|---|

**THIS LOAD CONFIRMATION IS SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES ("AGREEMENT") PREVIOUSLY EXECUTED BETWEEN OUR COMPANIES AND THIS CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT. WE AGREE TO PAY THE RATES AND CHARGES SHOWN ABOVE AND NO DIFFERENT TARIFF RATE OR SCHEDULE OF RATES APPLY. THIS LOAD CONFIRMATION IS INCLUSIVE OF ALL CHARGES. UNLESS ORAL AND WRITTEN FAX OBJECTIONS ARE MADE TO ITS TERMS, AT THE EARLIER OF WITHIN TWENTY-FOURS (24) HOURS OF RECEIPT OR PRIOR TO WORK BEING INITIATED, YOU HAVE AGREED TO THESE TERMS.**

**Additional Terms**

**1.**

Unless C.H. Robinson provides written notice herein that this term does not apply to this shipment, Carrier's motor vehicle equipment shall be dedicated to C.H. Robinson's exclusive use while transporting the cargo subject to this booking. Carrier's violation of this exclusive use requirement shall result in Carrier's forfeiting its right to be paid for the transportation services contemplated by this Load Confirmation, not as penalty, but as liquidated damages.

**2.**

Cash advance requests made after regular business hours will not be authorized. If Carrier requires a cash advance, Carrier must make arrangements with the C.H. Robinson booking representative during normal business hours and/or upon booking this shipment. Cash advance requests made outside of the C.H. Robinson booking branch's regular business hours may not be authorized. If Carrier requires a cash advance, Carrier must make arrangements with the C.H. Robinson booking branch during its normal business hours and/or upon booking this shipment.

**3.**

This rate is contingent upon successful and on-time completion of all load requirements as orally stipulated or written on this Addendum and rate may be subject to reduction if Carrier fails to complete any applicable terms and conditions. Rate may be reduced if load picks up or delivers after originally scheduled time and date. Carrier acknowledges that failure to complete any terms and conditions on this shipment may jeopardize or result in loss of future business opportunities with C.H. Robinson and/or cancelation of the Agreement.

**4.**

Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence. C.H. Robinson will not provide any reimbursement of any non, prior-approved accessorial charges. Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that a lumper receipt is provided when a lumper is hired, and/or that both are included as supporting documents with the Carrier's invoice. All overage, shortage, and damage must be reported to C.H. Robinson immediately, at time of occurrence, and noted on the bill of lading.

**5.**

C.H. Robinson's Customer requires that Carrier provide, through C.H. Robinson, the following electronic shipment status updates via EDI, NavisphereCarrier, the Navisphere driver app, or some other electronic method of providing shipment status updates (unless otherwise specified on this confirmation): - Arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence; - A minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment; and - Arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence.

**6.**

For any problems or issues after regular business hours or over the weekends, please contact C.H. Robinson at (800) 428-5377.

**7.**

For this shipment, Carrier agrees it shall be in possession of relevant and applicable cargo insurance coverage in an amount sufficient to cover the loss or damage of the cargo being transported. Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this booking. If Carrier's cargo insurance policy contains a schedule of covered vehicles or equipment, Carrier will not transport any cargo on this booking using a vehicle and/or equipment that is not listed as scheduled on Carrier's cargo insurance policy.



**EDITED**

# C.H. Robinson Contract Addendum and Carrier Load Confirmation – #390013200

**This load confirmation is confidential information of CH Robinson and may not be disclosed to third parties without CH Robinson's prior written approval.**

### Dylan Ristc at Floyd Inc – T5349271

C.H. Robinson requires automated shipment check-in and in-transit updates from one of the approved shipment status technologies.  Additional information about these technologies can be found at www.chrobinson.com.

If you require assistance during your check-in process, please use one of our mobile apps, or call (800) 233-5623.

 


| C.H. Robinson Communication |
| --- |
| This load was booked with William Hunter, (312) 944-7277 , HUNTWIL@chrobinson.com. |

| Customer-Specified Equipment Requirements |
| --- |
| Equipment:  Van - Min L=53 |

C.H. Robinson's Customer requires that the Carrier arrives at Shipper with the following specific equipment to properly transport this shipment:
A clean, dry, empty, odor-free and hole-free trailer is required for this shipment.

| SHIPPER#1: | ConMet Charleston | Pick Up Date: | 02/28/22 |
| --- | --- | --- | --- |
| Address: | 2310 Charleston Regional Pkwy | *Scheduled to Pick* | |
| | Charleston, SC 29492 | Pick Up Time: | 08:00-15:00 |
| | | Pickup#: | |
| Phone: | | Appointment#: | |

Please ask for and confirm receipt of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
| --- | --- | --- | --- | --- | --- | --- |
| BRAKE DRUMS | 42,984 | Pallet(s) | 18 | 18 | | 0000000000 |

*Shipper Instructions*

| RECEIVER #1: | Wheelco Distribution Center | Delivery Date: | 03/04/22 |
| --- | --- | --- | --- |
| Address: | 610 S Marion Rd | *Open Delivery* | |
| | Sioux Falls, SD 57106 | Delivery Time: | 08:00-15:00 |
| | | Delivery#: | |
| Phone: | | Appointment#: | |

Please confirm delivery of:

| Commodity | Est Wgt | Units | Count | Pallets | Temp | Ref # |
| --- | --- | --- | --- | --- | --- | --- |
| BRAKE DRUMS | 42,984 | Pallet(s) | 18 | 18 | | 0000000000 |

*Receiver Instructions*
BUILDING #1



# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #390013200

| Rate Details | | | |
|---|---|---|---|
| **Service for Load #390013200** | **Amount** | **Rate** | **Extended** |
| Line Haul - FLAT RATE | 1 | $3,500.00 | $3,500.00 |
| **Total:** | | | **$3,500.00** |

### SUBMIT FREIGHT BILL TO:

CHRW Billing
P.O. Box 3470
Chicago, IL 60654
LoadDocs@CHRobinson.com

**To insure prompt payment, all billing must be accompanied by an invoice with the
Carrier Name and C.H. Robinson Load Number**

| Fuel Surcharge Information |
|---|
| Please note that C.H. Robinson has included a $688.08 fuel surcharge within the listed transportation rate on this confirmation.  The fuel surcharge is an estimate based off of a weekly national average fuel price from the U.S. Department of Energy. |

| QUICK PAY and CASH ADVANCE |
|---|
| QUICK PAY - If you are a Carrier who utilizes C.H. Robinson's Quick Pay Program, you may email your invoice and required paperwork to LoadDocs@chrobinson.com or visit NavisphereCarrier.com for other scanning options. Funds will be released from C.H. Robinson, minus the fixed discount, within two business days from receipt of complete and legible paperwork. Paperwork received by 12:00 noon (CST) will be counted as same day; paperwork received after 12:00 noon (CST) will count as the next business day.  Carriers enrolled in Quick Pay are no longer required to submit original paperwork for payment in addition to using one of our billing methods unless otherwise instructed by C.H. Robinson. Carrier shall retain custody of the original paperwork and provide it to C.H. Robinson upon Request. <br><br> C.H. Robinson also recommends that Carrier only submit "receipt" for payment once, regardless of billing method to avoid additional fees.  If you would like more information about becoming enrolled in Quick Pay, please contact the Quick Pay Department at (800) 326-9977.  For a list of our billing options, please visit NavisphereCarrier.com. <br><br><br> CASH ADVANCE – Carriers may request a cash advance from C.H. Robinson to be issued at C.H. Robinson's sole discretion as a partial settlement to the agreed upon rate.  All cash advances will be deducted from final settlement; including a transaction fee of the greater of 3% of the advance issued or $15 for each individual advance. |



# C.H. Robinson Contract Addendum and Carrier Load Confirmation - #390013200

| C.H. Robinson Contract Addendum and Carrier Load Confirmation Conditions |
|---|

**THIS LOAD CONFIRMATION IS SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES ("AGREEMENT") PREVIOUSLY EXECUTED BETWEEN OUR COMPANIES AND THIS CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT. WE AGREE TO PAY THE RATES AND CHARGES SHOWN ABOVE AND NO DIFFERENT TARIFF RATE OR SCHEDULE OF RATES APPLY. THIS LOAD CONFIRMATION IS INCLUSIVE OF ALL CHARGES. UNLESS ORAL AND WRITTEN FAX OBJECTIONS ARE MADE TO ITS TERMS, AT THE EARLIER OF WITHIN TWENTY-FOURS (24) HOURS OF RECEIPT OR PRIOR TO WORK BEING INITIATED, YOU HAVE AGREED TO THESE TERMS.**

**Additional Terms**

**1.**
Unless C.H. Robinson provides written notice herein that this term does not apply to this shipment, Carrier's motor vehicle equipment shall be dedicated to C.H. Robinson's exclusive use while transporting the cargo subject to this booking. Carrier's violation of this exclusive use requirement shall result in Carrier's forfeiting its right to be paid for the transportation services contemplated by this Load Confirmation, not as penalty, but as liquidated damages.

**2.**
Cash advance requests made after regular business hours will not be authorized. If Carrier requires a cash advance, Carrier must make arrangements with the C.H. Robinson booking representative during normal business hours and/or upon booking this shipment. Cash advance requests made outside of the C.H. Robinson booking branch's regular business hours may not be authorized. If Carrier requires a cash advance, Carrier must make arrangements with the C.H. Robinson booking branch during its normal business hours and/or upon booking this shipment.

**3.**
This rate is contingent upon successful and on-time completion of all load requirements as orally stipulated or written on this Addendum and rate may be subject to reduction if Carrier fails to complete any applicable terms and conditions. Rate may be reduced if load picks up or delivers after originally scheduled time and date. Carrier acknowledges that failure to complete any terms and conditions on this shipment may jeopardize or result in loss of future business opportunities with C.H. Robinson and/or cancelation of the Agreement.

**4.**
Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence. C.H. Robinson will not provide any reimbursement of any non, prior-approved accessorial charges. Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that a lumper receipt is provided when a lumper is hired, and/or that both are included as supporting documents with the Carrier's invoice. All overage, shortage, and damage must be reported to C.H. Robinson immediately, at time of occurrence, and noted on the bill of lading.

**5.**
C.H. Robinson's Customer requires that Carrier provide, through C.H. Robinson, the following electronic shipment status updates via EDI, NavisphereCarrier, the Navisphere driver app, or some other electronic method of providing shipment status updates (unless otherwise specified on this confirmation): - Arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence; - A minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment; and - Arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence.

**6.**
For any problems or issues after regular business hours or over the weekends, please contact C.H. Robinson at (800) 428-5377.

**7.**
For this shipment, Carrier agrees it shall be in possession of relevant and applicable cargo insurance coverage in an amount sufficient to cover the loss or damage of the cargo being transported. Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this booking. If Carrier's cargo insurance policy contains a schedule of covered vehicles or equipment, Carrier will not transport any cargo on this booking using a vehicle and/or equipment that is not listed as scheduled on Carrier's cargo insurance policy.

