# EXHIBIT I

**ORIGINAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| C2 Freight Resources, Inc.<br>24420 Highway 278<br>Houston, AL 35572<br>205-489-5335  Fax 205-489-5326 | | | *** Load Confirmation ***<br>* Refer to continuing contract for<br>additional carrier requirements. | | 10779234 | Page 1<br>Order 0288064 |

| Carrier: | ROCKET EXPEDITING LLC | | | Pickup | dylan |
|---|---|---|---|---|---|
| | COLUMBUS | OH | | Contact: | (380) 222-3462 |
| Date: | 06/02/2022 | 43235 | | Phone: | |
| | | | | Fax: | |

| Order | Order: | 0288064 | | Commodity: | CATTLE SUPLMNT BLOCKS |
|---|---|---|---|---|---|
| | Temp: | | | Weight: | 43608.0 |
| | | | | Trailer: | 53' Van |

| | PU 1<br>LAND O LAKES PUR | 825 HIGHWAY 36 NORTH<br>ROSENBERG  TX  77471 | Date: | 12/09/2021 0800<br>12/09/2021 1400 |
|---|---|---|---|---|
| Reference Number | PU | 19560176 | | |
| | SO 2<br>UNITED FARM AND | 975 RIVERVIEW ROAD<br>COLUMBIA  TN  38401 | Date: | 12/10/2021 0800<br>12/10/2021 1600 |

| Payment | Carrier Freight Pay: | $2,700.00 |
|---|---|---|
| | Total Carrier Pay: | $2,700.00 |

**Instructions**
LAND O LAKES PURINA FEEDS - FCFS PER JIMMY MONDAY -FRIDAY I DID CALL TO ASK IF OPEN OF FRIDAY FOR SHIPPING SCALES ON SITE

MUST HAVE 4 LOAD LOCKS OR STRAPS OR WILL NOT GET LOADED - THEY WILL BE REJECTED IF THEY DO NOT HAVE ONE OR THE OTHER

**Agreement**     0288064

--C2 must receive signed Rate Agreement before driver will be dispatched
--Double brokering of this shipment will result in non-payment of load
--Exclusive use of trailer is required for this shipment. Failure to comply will result in non-payment
--Driver is not to break trailer seal under any circumstance
* All of the following are required by your driver or a $50 fine MAY be imposed per day, per omission:
    1. The Bill of Lading number must be called in to C2 within 30 minutes of loading.
    2. Drivers must note your Carrier name as Carrier of record on the Bill of Lading.
    3. Drivers must call 800-810-2006 within 30 minutes after loading or unloading.
    4. Drivers must check call by 0900 daily.
    5. Drivers must call to notify C2 Freight of any exceptions to the Bill of Lading.
--If Broker is fined for poor performance of the carrier, this amount may be deducted from carrier settlement
--The control of all drivers is the responsibility of Carrier, including but not limited to driver logs and hours of service.
--Trailers containing cargo are not to be dropped in transit without approval of C2 Freight dispatch.
--Driver must deliver by delivery date above or a $50.00 fine MAY be assessed per day for late delivery
--Dry van loads require clean, dry, odor free equipment. Vans must be less than 10 years old.
--C2 passes fuel surcharge on to Carrier. If not broken out on rate confirmation, amount is included in total rate.
--Accessorial charges will not be paid unless they are included on this load confirmation, and lumpers are
    reimbursed only with original receipt. Driver must fax copy of the lumper receipt within 24 hours of delivery.
--Signature is agreement of rate. It is agreed that the charges indicated on this rate confirmation
    the total charges to C2 Freight, owed to carrier for transporting this shipment
--Driver may be asked for: CDL, Medical Certificate, Daily Vehicle Maintenance Report
--Please refer to the Order Number on your invoice.
--All invoices must include a signed bill of lading and be sent to: C2 Freight Resources, Inc, 24420 Hwy 278, Houston, AL 35572

**--Proof of Delivery must be faxed to C2 at 205-489-5326 within 24 hours of delivery!**

DRIVER NAME: _____     DRIVER CELL PHONE: _____
                  Truck #: _____         Trailer #: _____
Please sign and fax back to: Julie Nix            Fax (205) 489-5326

Sign Here _____            Print Name Here _____

C2 Freight Resources, Inc.

## Rate Confirmation                                                                 207

- **Transloading of freight is not allowed. Transloading will result in non-payment.**
- C2 must receive signed Rate Agreement before driver will be dispatched
- All loads will be tracked with either MacroPoint or Fourkites.
- All drivers must accept tracking and download required app if applicable.
- *Drivers* (not dispatchers) must call C2 Freight for dispatch instructions including addresses, reference numbers and directions.
- Double brokering of this shipment will result in non-payment of load
- Exclusive use of the trailer is required unless you have express written permission from C2 Freight.
- Driver is not to break seal under any circumstance
- All of the following are required by your driver or a $50 fine may be imposed per day, per omission:
    1. Drivers must call 205-489-5335 within 30 minutes after loading or unloading.
    2. Drivers must call to notify C2 Freight of any exceptions to the Bill of Lading.
    3. Drivers must note your Carrier name as Carrier of record on the Bill of Lading.
- If Broker is fined for poor performance of the carrier, this amount may be deducted from carrier settlement
- Driver must deliver by delivery date listed on rate confirmation or a $50 fine may be assessed per day that driver is late
- The control of all drivers is the responsibility of Carrier, including but not limited to driver logs and hours of service
- Trailers containing cargo are not to be dropped in transit without express written permission from C2 Freight
- Dry van loads require clean, dry, odor free equipment. Vans must be less than 10 years old.
- C2 Freight passes fuel surcharge on to Carrier. If not broken out on rate agreement, amount is included in total rate
- Accessorial charges will not be paid unless they are included on this load confirmation and lumpers are reimbursed only with original receipt. Driver must fax copy of the lumper receipt within 24 hours of delivery
- Signature is agreement of rate. It is agreed that the charges indicated above include all costs and fees in connection with the shipment as described.
- Carrier shall not be paid for *detention, layover, deadhead, re-consignment* nor *truck ordered not used* unless and until C2 Freight has written confirmation from customer, agreeing to the charges
- Drivers must be U.S. citizens for all government loads
- Driver may be asked for CDL, Medical Certificate, Daily Vehicle Maintenance report
- Refer to this order number on your invoice
- **All invoices must include a signed bill of lading and be sent to C2 accounting at one of the following:**
    - C2 Freight Resources, Inc., 24420 Highway 278, Houston, AL 35572
    - accounting@c2freight.com
    - 205-489-5326 - Fax
- Proof of Delivery must be faxed or emailed to C2 Freight within 24 hours of delivery.
  Fax: 205-489-5326     Email: accounting@c2freight.com

**C2 Freight Resources**
24420 Hwy 278
Houston, AL 35572
205-489-5335
http://www.c2freight.com/



| | | |
|---|---|---|
| C2 Freight Resources, Inc.<br>24420 Highway 278<br>Houston, AL 35572<br>Phone: 205-489-5335    Fax: 205-489-5326 | **Load Confirmation** | Page    1<br><br>0288064 |

| | | | | |
|---|---|---|---|---|
| **Carrier:** | ROCKET EXPEDITING LLC<br>COLUMBUS    OH    43235 | | **Contact:**<br>**Phone:** | dylan<br>(380) 222-3462 |
| **Date:** | 12/08/2021 | | **Fax:** | |

| **Order** | **Order:** | 0288064 | **Commodity:** | CATTLE SUPLMNT BLOCKS |
|---|---|---|---|---|
| | **Miles:** | 852.0 | **Weight:** | 43608.0 |
| | **Temp:** | | **Trailer:** | 53' Van |
| | **BOL:** | | | |

| | | | | | |
|---|---|---|---|---|---|
| PU 1 | Name:<br>Address: | LAND O LAKES PURINA FEEDS<br>825 HIGHWAY 36 NORTH<br>ROSENBERG    TX   77471 | Date:<br><br>Contact: | 12/09/2021 0800<br>12/09/2021 1400<br>REC |
| SO 2 | Name:<br>Address: | UNITED FARM AND HOME<br>975 RIVERVIEW ROAD<br>COLUMBIA    TN   38401 | Date:<br><br>Contact: | 12/10/2021 0800<br>12/10/2021 1600<br>MAIN |

| **Payment** | Carrier Freight Pay: | $2,000.00 |
|---|---|---|
| | **Total Carrier Pay:** | $2,000.00 |

**Carrier Instructions and Requirements:** This form must be completed and returned before driver can be loaded.
LAND O LAKES PURINA FEEDS - FCFS PER JIMMY MONDAY -FRIDAY I DID CALL TO ASK IF OPEN OF FRIDAY FOR SHIPPING
SCALES ON SITE


MUST HAVE 4 LOAD LOCKS OR STRAPS OR WILL NOT GET LOADED - THEY WILL BE REJECTED IF THEY DO NOT HAVE ONE OR THE OTHER

| Please Sign: | *Nina Dordevic* | Driver Name: | Larry |
|---|---|---|---|
| | | Driver Cell: | 470-587-1271<br>6472<br>021077 |
| (X) Accept | | | |
| ( ) Decline | | | |

MPOWERED BY McLeod SOFTWARE

| Attention: | Julie Nix |
|---|---|
| | (888) 758-4202 |