# EXHIBIT K

# Nolan Transportation Group, LLC

## CARRIER CONFIRMATION: NTG LOAD # 5013110

**CARRIER SALES REP:** JOEY VAN FRAYEN  
**P:** (470) 550-5730 Ext 1243  
**E:** TEAM-JVF@NTGFREIGHT.COM

**NTG TRACKING & AFTER HOURS:**  
**P:**  
**E:**

| | |
|---|---|
| **CARRIER** | FLOYD INC (MC# 977366) |
| **OFFICE:** | |
| **BOOKED WITH:** | jake |
| **PHONE:** | (630) 233-9652 |
| **FAX:** | |
| **EQUIPMENT REQUIRED:** | VAN |
| **REFERENCE NUMBERS:** | PO #: 62834827 |
| | BOL #: 62834827 |

**CHARGES:** $1,000.00 LINE HAUL  
$500.00 MACROPOINT ACCEPTED - must accept  
**$1,500.00 TOTAL**

CARRIER TERMS AND CONDITIONS CONTINUED: /////FAX BACK THIS CONFIRMATION SIGNED & COMPLETED TO FAX # LOCATED ON BOTTOM RIGHT OF THIS CONFIRMATION. FOR DISPATCH, DRIVER MUST CALL NTG TO ACTIVATE PICK UP# ////// SHOULD A PROBLEM OR CHANGE ARISE AT ANY TIME, NOTIFY NTG IMMEDIATELY, 24/7. RATE IS FOR EXCLUSIVE TRUCK ONLY UNLESS STATED IN WRITING. ALL FREIGHT TRAILERS MUST BE 10 YEARS OR NEWER. DO NOT SIGN FOR DAMAGED GOODS. NTG IS NOT RESPONSIBLE FOR OVERWEIGHT/GROSS TRAILERS AFTER DRIVER HAS LEFT THE SHIPPER. IT IS CARRIER'S RESPONSIBILITY TO CONFIRM OR MAKE ANY NECESSARY APPOINTMENTS 24 HOURS IN ADVANCE, AND CONFIRM DELIVERY ADDRESS ON BILLS. IF DIFFERENT, CALL BOOKING OFFICE IMMEDIATELY FOR APPROVAL. ANY APPROVED CHANGES OR CHARGES MUST BE NOTED ON A NEW RATE CONFIRMATION SUPPLIED BY NTG. ALL LUMPERS AND/OR ASSESSORIAL FEES MUST BE PREAPPROVED BY NTG THROUGH A NEW RATE CONFIRMATION AND AN ORIGINAL RECEIPT SENT IN WITH CARRIER'S INVOICE IN ORDER TO BE REIMBURSED. DRIVER ASSIST AND FUEL SURCHARGE IS INCLUDED IN RATE. CARRIER REPRESENTS THERE ARE NO EXCLUSIONS IN THEIR INSURANCE POLICY THAT WOULD APPLY TO THE FREIGHT BEING TRANSPORTED. NTG DOES NOT ADVANCE FUNDS FOR ANY REASON. CARRIER SHALL COMPLY WITH ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS, AS WELL AS ALL ELD COMPLIANCE REGULATIONS, CONCERNING THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT. THIS CONFIRMATION MUST BE SIGNED BY CARRIER AND RECEIVED BACK BY OUR BOOKING OFFICE FOR PAYMENT.

**STOP: 1 of 1**

| | |
|---|---|
| **PICK-UP**  12/22/2021 Hours: 06:00-02:00 FCFS | **DELIVER**  12/27/2021 Hours: 07:00-16:00 FCFS |
| TTI ODC SHIPPING  1400 SALEM RD  COOKEVILLE, TN 38506 | TTI GDC WAREHOUSE  7005 COCHRAN RD  GLENWILLOW, OH 44139 |
| **CONTACT**  **PICKUP#** 62834827 | **CONTACT**  **DELIV#** 62834827 |
| **SHIPMENT DESCRIPTION**  30 PALLETS CLEANING SUPPLIES 12690LBS | **SHIPMENT DESCRIPTION**  30 PALLETS CLEANING SUPPLIES 12690LBS |
| **PICKUP DESCRIPTION**  **Detention 35/hour after two hours at shipper and receiver**  MUST HAVE ELD INTERGRATION WITH NTG, OR DOWNLOAD MACROPOINT/FOURKITES TO RUN THIS LOAD. | **DELIVER DESCRIPTION** |

**Double Brokering this load will cause this contract to become Null & Void. Double Brokering is strictly prohibited!**

Signature _____ Position _____ Date _____

Carrier Signature _____ Position _____ Date _____

Driver Name_____ Driver cell_____

Tractor #_____ Trailer#_____

By doing business with NTG you fully agree with NTG terms & conditions listed in the NTG broker agreement, carrier packet, and terms and conditions document located at www.terms.ntgfreight.com.

**NTG LOAD # 5013110 MUST BE INCLUDED ON YOUR INVOICE WITH A COPY OF THE P.O.D! Invoices will not be paid without a P.O.D!**

SEND ALL INVOICES and PODS TO: 400 Northridge, Suite 1000, Atlanta, GA 30350, POD@NTGFREIGHT.COM, or Fax to 678-569-1059.
**ASK US ABOUT RHINOPAY – NTG's exclusive carrier payment program.** Permanent Net-2 day terms for just 2.5% fee. Learn more at www.ntgfreight.com/RhinoPay or email RhinoPay@ntgfreight.com! Broker agreement & rate confirmation must be completed, signed, and on file for payment on this load. 200.00 WILL BE DEDUCTED FROM RATE IF POD IS NOT IS NOT RECEIVED WITHIN 48 HOURS OF SCHEDULED DELIVERY, OR IF THIS RATE CONFIRMATION IS USED AS A POD!

400 Northridge, Suite 1000, Atlanta, GA 30350

# NTGVISION

Want direct access to all of NTG's available loads? Sign up for NTG's free online carrier solution!

The **NTGVision Carrier Portal** provides real-time access to every load as soon as it becomes available, allows you to view payment status on all of your loads and even lets you upload and submit documents – all in one place!

All NTGVision Carrier users can take advantage of the following features:

- Advanced search capabilities including multi-state & radius search functionality
- Search filters for maximum number of stops, weight and mileage
- Expanded equipment availability including sprinter, cargo van and specialized equipment loads
- Visibility on loading hours & appointment times, weights and other load info
- Easy Registration and Simple Login & Mobile Friendly design use on-the-go

PLUS, inquire today about becoming a **Gold Star Carrier** for NTG so you can:

- View ALL available loads with just one click
- View the offer rates on all shipments
- Bid on loads by entering counter offers
- Book loads and receive rate confirmations, directly through the portal



To ask about becoming a Gold Star Carrier, contact **GoldStar@ntgfreight.com** or call (470) 550-5771

To check out all of these exciting features and see all that NTGVision has to offer, visit ntgvision.com/Account/Register and follow the steps to register.

# Nolan Transportation Group, LLC

## CARRIER CONFIRMATION: NTG LOAD # 5013110

| | |
|---|---|
| **CARRIER SALES REP:** JOEY VAN FRAYEN | **NTG TRACKING & AFTER HOURS:** |
| **P:** (470) 550-5730 Ext 1243 | **P:** |
| **E:** TEAM-JVF@NTGFREIGHT.COM | **E:** |

**CARRIER** FLOYD INC (MC# 977366)
**OFFICE:**
**BOOKED WITH:** jake
**PHONE:** (630) 233-9652
**FAX:**
**EQUIPMENT REQUIRED:** VAN
**REFERENCE NUMBERS:** PO #: 62834827
BOL #: 62834827

**CHARGES:** $1,500.00 LINE HAUL
$150.00 LAYOVER CHARGE - layover
$500.00 MACROPOINT ACCEPTED - must accept
**$2,150.00 TOTAL**

CARRIER TERMS AND CONDITIONS CONTINUED: /////FAX BACK THIS CONFIRMATION SIGNED & COMPLETED TO FAX # LOCATED ON BOTTOM RIGHT OF THIS CONFIRMATION. FOR DISPATCH, DRIVER MUST CALL NTG TO ACTIVATE PICK UP# ////// SHOULD A PROBLEM OR CHANGE ARISE AT ANY TIME, NOTIFY NTG IMMEDIATELY, 24/7. RATE IS FOR EXCLUSIVE TRUCK ONLY UNLESS STATED IN WRITING. ALL FREIGHT TRAILERS MUST BE 10 YEARS OR NEWER. DO NOT SIGN FOR DAMAGED GOODS. NTG IS NOT RESPONSIBLE FOR OVERWEIGHT/GROSS TRAILERS AFTER DRIVER HAS LEFT THE SHIPPER. IT IS CARRIER'S RESPONSIBILITY TO CONFIRM OR MAKE ANY NECESSARY APPOINTMENTS 24 HOURS IN ADVANCE, AND CONFIRM DELIVERY ADDRESS ON BILLS. IF DIFFERENT, CALL BOOKING OFFICE IMMEDIATELY FOR APPROVAL. ANY APPROVED CHANGES OR CHARGES MUST BE NOTED ON A NEW RATE CONFIRMATION SUPPLIED BY NTG. ALL LUMPERS AND/OR ASSESSORIAL FEES MUST BE PREAPPROVED BY NTG THROUGH A NEW RATE CONFIRMATION AND AN ORIGINAL RECEIPT SENT IN WITH CARRIER'S INVOICE IN ORDER TO BE REIMBURSED. DRIVER ASSIST AND FUEL SURCHARGE IS INCLUDED IN RATE. CARRIER REPRESENTS THERE ARE NO EXCLUSIONS IN THEIR INSURANCE POLICY THAT WOULD APPLY TO THE FREIGHT BEING TRANSPORTED. NTG DOES NOT ADVANCE FUNDS FOR ANY REASON. CARRIER SHALL COMPLY WITH ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS, AS WELL AS ALL ELD COMPLIANCE REGULATIONS, CONCERNING THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT. THIS CONFIRMATION MUST BE SIGNED BY CARRIER AND RECEIVED BACK BY OUR BOOKING OFFICE FOR PAYMENT.

## STOP: 1 of 1

| | |
|---|---|
| **PICK-UP** 12/22/2021 Hours: 06:00-02:00 FCFS | **DELIVER** 12/28/2021 Hours: 07:00-16:00 FCFS |
| TTI ODC SHIPPING<br>1400 SALEM RD<br>COOKEVILLE, TN 38506 | TTI GDC WAREHOUSE<br>7005 COCHRAN RD<br>GLENWILLOW, OH 44139 |
| **CONTACT** **PICKUP#** 62834827 | **CONTACT** **DELIV#** 62834827 |
| **SHIPMENT DESCRIPTION**<br>30 PALLETS CLEANING SUPPLIES 12690LBS | **SHIPMENT DESCRIPTION**<br>30 PALLETS CLEANING SUPPLIES 12690LBS |
| **PICKUP DESCRIPTION**<br>**Detention 35/hour after two hours at shipper and receiver**<br>MUST HAVE ELD INTERGRATION WITH NTG, OR DOWNLOAD MACROPOINT/FOURKITES TO RUN THIS LOAD. | **DELIVER DESCRIPTION** |

**Double Brokering this load will cause this contract to become Null & Void. Double Brokering is strictly prohibited!**

Signature _____ Position _____ Date _____

Carrier Signature _____ Position _____ Date _____

Driver Name _____ Driver cell _____

Tractor # _____ Trailer# _____

By doing business with NTG you fully agree with NTG terms & conditions listed in the NTG broker agreement, carrier packet, and terms and conditions document located at www.terms.ntgfreight.com.

**NTG LOAD # 5013110 MUST BE INCLUDED ON YOUR INVOICE WITH A COPY OF THE P.O.D! Invoices will not be paid without a P.O.D!**

SEND ALL INVOICES and PODS TO: 400 Northridge, Suite 1000, Atlanta, GA 30350, POD@NTGFREIGHT.COM, or Fax to 678-569-1059.
**ASK US ABOUT RHINOPAY – NTG's exclusive carrier payment program.** Permanent Net-2 day terms for just 2.5% fee. Learn more at www.ntgfreight.com/RhinoPay or email RhinoPay@ntgfreight.com! Broker agreement & rate confirmation must be completed, signed, and on file for payment on this load. 200.00 WILL BE DEDUCTED FROM RATE IF POD IS NOT IS NOT RECEIVED WITHIN 48 HOURS OF SCHEDULED DELIVERY, OR IF THIS RATE CONFIRMATION IS USED AS A POD!

400 Northridge, Suite 1000, Atlanta, GA 30350

# NTGVISION

Want direct access to all of NTG's available loads? Sign up for NTG's free online carrier solution!

The **NTGVision Carrier Portal** provides real-time access to every load as soon as it becomes available, allows you to view payment status on all of your loads and even lets you upload and submit documents – all in one place!

All NTGVision Carrier users can take advantage of the following features:

- Advanced search capabilities including multi-state & radius search functionality
- Search filters for maximum number of stops, weight and mileage
- Expanded equipment availability including sprinter, cargo van and specialized equipment loads
- Visibility on loading hours & appointment times, weights and other load info
- Easy Registration and Simple Login & Mobile Friendly design use on-the-go

PLUS, inquire today about becoming a **Gold Star Carrier** for NTG so you can:

- View ALL available loads with just one click
- View the offer rates on all shipments
- Bid on loads by entering counter offers
- Book loads and receive rate confirmations, directly through the portal



To ask about becoming a Gold Star Carrier, contact **GoldStar@ntgfreight.com** or call (470) 550-5771

To check out all of these exciting features and see all that NTGVision has to offer, visit ntgvision.com/Account/Register and follow the steps to register.

Charging Forward. NTG Delivers. | www.ntgfreight.com