# EXHIBIT L

**CAP Logistics**

303-333-3800
888-227-2476      fax: 303-333-3802
MC#: 594223  DOT#: 1606904

**LOAD CONFIRMATION**

**TRACKING# 2108A1023**

Report Date:   02:43 pm  08/05/2021

| Carrier: | KORDUN EXPRESS | fax: | NONE | Total Pieces | 1 | Total Weight | 2500 |
|---|---|---|---|---|---|---|---|
| Contact: | ANDREW | Rate | $900.00 | See page 2 for individual weights and dimensions | | | |
| From: | GAVIN LINN | CAP Station | DEN | | | | |

| Ready at:<br>9:00 am<br>08/06/21<br>Closes at: | **Pickup at:**  PO:<br>CAID AUTOMATION<br>2001 EAST GANLEY RD<br><br>TUCSON, AZ 85706 US<br>Contact:<br>Phone: | **Deliver to:**  PO:<br>CAID AUTOMATION- ANAHEIM<br>CONVENTION CENT<br>850 W ST<br> MD&M WEST / WESTPACK / ATX WEST<br>/ D&M W<br>ANAHEIM, CA 92802 US<br>Contact: FREEMAN | Delivery By<br>6:00 am<br>08/07/21 |
|---|---|---|---|
| Required: | | | |

**MUST CALL WITH VERBAL POD IMMEDIATELY**

Dispatch Notes    <u>*AIR-RIDE DRY VAN REQUIRED, DELIVER SATURDAY @06:00, DETENTION $70 PER HOUR*</u>

Please inform us with your drivers informatio

Name: _____     Cell Phone: _____     Pager: _____

Requested check-in times with location:

| Delivery Commitment Time:<br>Needed By:   06:00 am  08/07/2 | Deliver To:   CAID AUTOMATION- ANAHEIM<br>CONVENTION CENT<br>850 W ST |
|---|---|



Accounts Payable / CAP Logistics, P.O. Box 5608, Denver, CO 80217

**For Accounting**
Call 303-333-1915

REMIT INVOICES TO: DENACC@NUSSPRO.COM OR UPLOAD VIA OUR PORTAL HTTPS://CARRIER.CAPLOGISTICS.COM

SENSITIVE SECURITY INFORMATION

Initial Release: January 8, 2007
Date Change Posted: July 1, 2010
Date Effective: September 18, 2019                Indirect Air carrier Standard Security Program

**ATTACHMENT 1: AVIATION SECURITY KNOWN SHIPPER VERIFICATION (ASKSV) FORM**

**Print clearly in all fields except for signatures. The form must be completed in its entirety. Once completed, this form is not considered Sensitive Security Information.**

| Section 1. Facility and Contact Data | | Account#: 22788 | Tracking#: 2108A1023 |
|---|---|---|---|
| **Date of physical visit:**   /   / | **Name of business visited:** CAID INDUSTRIES | | |
| **Also doing business as (trade name** | | **Business type:** | |
| **Number of years in business** | **Employers Identifying Number:** | | |
| **Name of individual contacted** | | **Title:** | |

**Section 2. Address Information**

| **Physical address:** 2275 EAST GANLEY RD | **City:** TUCSON | **State:** AZ | **Zip:** 85706 |
|---|---|---|---|
| **Mailing address** *(if different* 2275 EAST GANLEY RD | **City:** TUCSON | **State:** AZ | **Zip:** 85706 |

**Section 3. Shipper's Contact Information**

| **Physical location phone number**  520-294-3126 | **Principal contact phone number** |
|---|---|
| **Emergency phone number** | **Fax number:** 520-889 0420 |
| **Email address:** | **Web address:** http://www.caid.com/ |

**Section 4. Verifiers's Information**

**Name & title of employee or authorized representative verifying above informa**

| **Name of aircraft operator/foreign air carrier/or** CAP Air Freight Inc | **Phone number:** 800-227-2471 | DENOPS@CAPLogistics.com **Email address:** |
|---|---|---|

I certify the above information is true and correct and the onsite visit and verification was conducted in person as required by the TSA standard security program and applicable security directives. This certification is (i) made with the understanding that any intentional falsification may be subject to both civil and criminal penalties under 49 CFR 1540.103 and 18 U.S.C. 1001 and (ii) subject to record keeping requirements approved by TSA.

| **Signature of Verifier (driver):** | **Print Name:** |
|---|---|
| **Signature of Shipper (customer)** | **Print Name:** |

Pursuant to TSA IACSSP Section 2.2 H2 shipper authorizes consent to screen all cargo tendered by the shipper for air carriage

**TSA FORM 419H**

"49 USC 114 authorizes the collection of this information. The information you provide will be used to qualify you or verify your status as a possible "known shipper." Providing this information is voluntary, however, failure to provide the information will prevent you from qualifying as a "known shipper." This information will be disclosed to TSA personnel and contractors or other agents including IACs in the maintenance and operation of the known shipper program. TSA may share the information with airport operators, foreign air carriers, IACs, law enforcement agencies, and others in accordance with the Privacy Act, 5 USC Section 552a. For additional details, see the system of records notice for Transportation Security Threat Assessment System

IACSSP Change 5
Effective Date July 31, 2010

SENSITIVE SECURITY INFORMATION
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW", AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR

# CAP Logistics

303-333-3800
888-227-2476    fax: 303-333-3802

MC#: 594223 DOT#: 1606904

**LOAD CONFIRMATION**

**TRACKING#** 2108A1023

**REVISED**

Report Date: 09:48 am 08/09/2021

| | | | | | |
|---|---|---|---|---|---|
| Carrier: | KORDUN EXPRESS | fax: | NONE | Total Pieces | 1 | Total Weight | 2500 |
| Contact: | ANDREW | Rate | $1,975.00 | See page 2 for individual weights and dimensions |
| From: | GAVIN LINN | CAP Station | DEN | |

**Ready at:** 9:00 am 08/06/21
**Closes at:**

**Pickup at:** PO:
CAID AUTOMATION
2001 EAST GANLEY RD

TUCSON, AZ 85706 US
Contact:
Phone:

**Deliver to:** PO:
CAID AUTOMATION- ANAHEIM
CONVENTION CENT
850 W ST
 MD&M WEST / WESTPACK / ATX WEST / D&M W
ANAHEIM, CA 92802 US
Contact: FREEMAN

**Delivery By** 6:00 am 08/07/21

**Required:**

**MUST CALL WITH VERBAL POD IMMEDIATELY**

Dispatch Notes: **AIR-RIDE DRY VAN REQUIRED, DELIVER SATURDAY @06:00, DETENTION $70 PER HOUR**

Please inform us with your drivers informatio

Name: _____    Cell Phone: _____    Pager: _____

Requested check-in times with location:

| Delivery Commitment Time: | Deliver To: | CAID AUTOMATION- ANAHEIM CONVENTION CENT 850 W ST |
|---|---|---|
| Needed By: 06:00 am 08/07/2 | | |



Accounts Payable / CAP Logistics, P.O. Box 5608, Denver, CO 80217

**For Accounting Call 303-333-1915**

REMIT INVOICES TO: DENACC@NUSSPRO.COM OR UPLOAD VIA OUR PORTAL HTTPS://CARRIER.CAPLOGISTICS.COM

SENSITIVE SECURITY INFORMATION

Initial Release: January 8, 2007
Date Change Posted: July 1, 2010
Date Effective: September 18, 2019                    Indirect Air carrier Standard Security Program

**ATTACHMENT 1: AVIATION SECURITY KNOWN SHIPPER VERIFICATION (ASKSV) FORM**

**Print clearly in all fields except for signatures. The form must be completed in its entirety. Once completed, this form is not considered Sensitive Security Information.**

| Section 1. Facility and Contact Data | | Account#: 22788 | Tracking#: 2108A1023 |
|---|---|---|---|
| **Date of physical visit:** / / | **Name of business visited:** CAID INDUSTRIES | | |
| **Also doing business as (trade name** | **Business type:** | | |
| **Number of years in business** | **Employers Identifying Number:** | | |
| **Name of individual contacted** | **Title:** | | |
| **Section 2. Address Information** | | | |
| **Physical address:** 2275 EAST GANLEY RD | **City:** TUCSON | **State:** AZ | **Zip:** 85706 |
| **Mailing address** *(if different* 2275 EAST GANLEY RD | **City:** TUCSON | **State:** AZ | **Zip:** 85706 |
| **Section 3. Shipper's Contact Information** | | | |
| **Physical location phone number** 520-294-3126 | **Principal contact phone number** | | |
| **Emergency phone number** | **Fax number:** 520-889 0420 | | |
| **Email address:** | **Web address:** http://www.caid.com/ | | |
| **Section 4. Verifiers's Information** | | | |
| **Name & title of employee or authorized representative verifying above informa** | | | |
| **Name of aircraft operator/foreign air carrier/or** CAP Air Freight Inc | **Phone number:** 800-227-2471 | DENOPS@CAPLogistics.com **Email address:** | |
| I certify the above information is true and correct and the onsite visit and verification was conducted in person as required by the TSA standard security program and applicable security directives. This certification is (i) made with the understanding that any intentional falsification may be subject to both civil and criminal penalties under 49 CFR 1540.103 and 18 U.S.C. 1001 and (ii) subject to record keeping requirements approved by TSA. | | | |
| **Signature of Verifier (driver):** | **Print Name:** | | |
| **Signature of Shipper (customer)** | **Print Name:** | | |
| Pursuant to TSA IACSSP Section 2.2 H2 shipper authorizes consent to screen all cargo tendered by the shipper for air carriage | | | |

**TSA FORM 419H**

"49 USC 114 authorizes the collection of this information. The information you provide will be used to qualify you or verify your status as a possible "known shipper." Providing this information is voluntary, however, failure to provide the information will prevent you from qualifying as a "known shipper." This information will be disclosed to TSA personnel and contractors or other agents including IACs in the maintenance and operation of the known shipper program. TSA may share the information with airport operators, foreign air carriers, IACs, law enforcement agencies, and others in accordance with the Privacy Act, 5 USC Section 552a. For additional details, see the system of records notice for Transportation Security Threat Assessment System

IACSSP Change 5
Effective Date July 31, 2010

SENSITIVE SECURITY INFORMATION
WARNING: THIS RECORD CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER 49 CFR PARTS 15 AND 1520. NO PART OF THIS RECORD MAY BE DISCLOSED TO PERSONS WITHOUT A "NEED TO KNOW", AS DEFINED IN 49 CFR PARTS 15 AND 1520, EXCEPT WITH THE WRITTEN PERMISSION OF THE ADMINISTRATOR OF THE TRANSPORTATION SECURITY ADMINISTRATION OR