# EXHIBIT M





