# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Atkinson, Walker, Green, Williams v. Super Ego Holding LLC; Floyd, Inc., et. al,

Case Number: 1:22-cv-4127

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Emily R. Brown

Firm: Hughes Socol Piers Resnick & Dym, Ltd.

Street address: 70 W. Madison St., Suite 4000

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6317051
(See item 3 in instructions)

Telephone Number: 312-604-2706

Email Address: ebrown@hsplegal.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 5, 2022

Attorney signature: S/ Emily R. Brown

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015