Civil Action No. 1:22-cv-4127

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Super Ego Holding, LLC c/o Registered Agent: Aleksandar Mimic was received by me on *(date)* Aug 8, 2022, 5:51 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Martina Smith , who is designated by law to accept service of process on behalf of *(name of organization)* Super Ego Holding, LLC c/o Registered Agent: Aleksandar Mimic on *(date)* Wed, Aug 10 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 08/10/2022

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Aug 10, 2022, 11:51 am CDT at Company: 621 IL Route 83, Suite 240,, Bensenville,, IL 60106 Note on door says super ego is moving to Elmhurst

2) Successful Attempt: Aug 10, 2022, 11:57 am CDT at Company: 729 N. Rt. 83, Suite 324, Bensenville,, il 60106 received by Martina Smith. Relationship: Manager ; Other: At the address there is a note on the door swing all delivery's please call 412-638-5855. I called and a female stated she was at the elmhurst office but would drive over and meet me. She met me several mins later and confirmed she could accept legal documents for Floyd Inc, Kordun Express inc, Super Ego holdings Llc, and Rex trucking ;