# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Atkinson, Larry, et al. v. Super Ego Holdings, LLC, et al.

Case Number: 1:22-cv-04127

An appearance is hereby filed by the undersigned as attorney for:
Defendants Super Ego Holdings, LLC; Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic.

Attorney name (type or print): Charles Andrewscavage

Firm: Scopelitis, Garvin, Light, Hanson & Feary, P.C.

Street address: 30 W. Monroe Street, Suite 1600

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6319013
(See item 3 in instructions)

Telephone Number: (312) 255-7200

Email Address: candrewscavage@scopelitis.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/26/2022

Attorney signature: S/ Charles Andrewscavage
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015