UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, AND GIOVANNI WILLIAMS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDINGS, LLC, FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING, LLC, JORDAN HOLDINGS, INC., REX TRUCKING, INC., AND ALEKSANDAR MIMIC,<br><br>Defendants. | Case No. 1:22-cv-04127<br><br>Honorable Martha M. Pacold |

**DEFENDANTS' CORPORATE DISCLOSURE AND
NOTIFICATION TO AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendants Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic hereby provides its disclosure statement and notification as to affiliates.

Pursuant to Fed. R. Civ. P. 7.1, Defendants state that no Defendant has any parent corporation and that no publicly held corporation owns 10% or more of any Defendants' stock.

Pursuant to Local Rule 3.2, Defendants state: the sole affiliate of Super Ego Holding, LLC is Aleksandar Mimic, an individual; the sole affiliate of Floyd, Inc. is Aleksandar Mimic, an individual; the sole affiliate of Kordun Express, Inc. is Biljana Mimic, an individual; the sole affiliate of Rocket Expediting, LLC is Nina Dordevic, an individual; the sole affiliate of Jordan

Holdings, Inc. is Mihailo Pavlovic, an individual; the affiliate of Rex Trucking, Inc. is Vladimir Ilic.

Dated: August 26, 2022        Respectfully submitted,

<u>*/s/ Charles Andrewscavage*</u>
Charles Andrewscavage
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200
Fax: 312-422-1224
candrewscavage@scopelitis.com

*Attorney for Defendants,*
*Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic*

4879-6750-6480, v. 1