**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, AND GIOVANNI WILLIAMS, individually and on behalf of others similarly situated, | Case No. 1:22-cv-04127 |
| Plaintiffs, | Honorable Martha M. Pacold |
| v. | |
| SUPER EGO HOLDINGS, LLC, FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING, LLC, JORDAN HOLDINGS, INC., REX TRUCKING, INC., AND ALEKSANDAR MIMIC, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFFS' COMPLAINT**

Defendants Super Ego Holdings, LLC; Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic (collectively, "Defendants") respectfully request this Court grant an extension to file their response to Plaintiffs' Complaint until October 17, 2022. In support of their Motion, Defendants state as follows:

1.     Plaintiffs Larry Atkinson, Eugene Walker, Jason Greene, and Giovanni Williams filed their Complaint in this Court on August 5, 2022. Defendants Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., and Rex Trucking, Inc., were served with the Complaint on August 10, 2022.

1

2.    Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., and Rex Trucking, Inc.'s Answer to Plaintiffs' Complaint is currently due on August 31, 2022.

3.    Defendants' counsel informed Plaintiffs' counsel that it would accept service on behalf of Defendants Rocket Expediting, LLC, Jordan Holdings, Inc., and Aleksandar Mimic on August 25, 2022. Rocket Expediting, LLC, Jordan Holdings, Inc., and Aleksandar Mimic's Answer will be due sixty days from the date Plaintiffs' counsel provides the waiver of service form to Defendants.

4.    Defendants Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., and Rex Trucking, Inc. request this Court grant them an extension of forty-five days, up to and including October 17, 2022, within which to file their responsive pleading.

5.    Rocket Expediting, LLC, Jordan Holdings, Inc., and Aleksandar Mimic similarly ask that the Court set their responsive pleading deadline for October 17, 2022.

6.    Defendants and their counsel are investigating the allegations of Plaintiffs' Complaint and require additional time to complete their investigation and prepare Defendants' response. Additionally, providing a single date by which all Defendants must file a responsive pleading will further the efficient and orderly management of this case.

7.    The Court directed the parties to file an initial joint status report by September 7, 2022. Defendants also request the Court extend the deadline to file the initial joint status report to October 24, 2022. Extending the deadline to file the initial joint status report until after the proposed new deadline for Defendants to file their responsive pleading will permit the parties to better understand their positions before filing the initial joint status report.

8.    Plaintiffs' counsel has indicated they do not oppose the requested extensions.

9.     This is Defendants first request for an extension of time. This motion is brought in good faith and without the intent to delay these proceedings.

WHEREFORE, Defendants Super Ego Holdings, LLC; Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic respectfully request that the Court enter an order extending the deadline for Defendants to file their response to Plaintiffs' Complaint to and including October 17, 2022 and enter an order extending the deadline to file the initial joint status report to and including October 24, 2022.

Dated: August 25, 2022              Respectfully submitted,

                                    */s/ Charles Andrewscavage*
                                    Charles Andrewscavage
                                    SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
                                    30 West Monroe Street, Suite 1600
                                    Chicago, IL 60603
                                    Phone: 312-255-7200
                                    Fax: 312-422-1224
                                    candrewscavage@scopelitis.com

                                    *Attorney for Defendants,*
                                    *Super Ego Holdings, LLC, Floyd, Inc., Kordun*
                                    *Express, Inc., Rocket Expediting, LLC, Jordan*
                                    *Holdings, Inc., Rex Trucking, Inc., and Aleksandar*
                                    *Mimic*

4889-1513-2719, v. 5