# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, AND GIOVANNI WILLIAMS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDINGS, LLC, FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING, LLC, JORDAN HOLDINGS, INC., REX TRUCKING, INC., AND ALEKSANDAR MIMIC,<br><br>Defendants. | Case No. 1:22-cv-04127<br><br>Honorable Martha M. Pacold |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., and Aleksandar Mimic, respectfully request that the Court dismiss Counts I, II, III, IV, V, and VI of Plaintiffs' Class Action Complaint, ECF No. 1, with prejudice. In support of its motion, Defendants submit an accompanying Memorandum in Support of its Motion to Dismiss which more fully sets forth the reasons justifying dismissal of these claims with prejudice.

Defendants conferred with Plaintiffs, who oppose the motion. The parties stipulated to the following briefing schedule, including additional deadlines if Plaintiffs file an amended complaint in response to Defendants' motion:

- Plaintiffs' Opposition or Amended Complaint due November 7, 2022,

- Defendants' Reply or Responsive Pleading to Amended Complaint due November 30, 2022,

- Plaintiffs' Opposition to Motion to Dismiss Amended Complaint due December 21, 2022, and

- Defendants' Reply in Support of Motion to Dismiss due January 13, 2023.

| | |
|---|---|
| Dated: October 17, 2022 | Respectfully submitted, |// 
| | */s/ Charles Andrewscavage* |

*/s/ Charles Andrewscavage*
Charles Andrewscavage
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200
Fax: 312-422-1224
candrewscavage@scopelitis.com

*Attorney for Defendants,*
*Super Ego Holdings, LLC, Floyd, Inc.,*
*Kordun Express, Inc., Rocket Expediting,*
*LLC, Jordan Holdings, Inc., Rex Trucking,*
*Inc., and Aleksandar Mimic*

4864-9292-3446, v. 2