## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Larry Atkinson, et al.
                              Plaintiff,

v.                                                                  Case No.: 1:22–cv–04127
                                                                   Honorable Martha M. Pacold

Super Ego Holding, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received defendants' motion to dismiss. [16]. The court adopts the parties' proposed briefing schedule. Plaintiffs' response to the motion to dismiss [16] is due by 11/7/2022, and defendants' reply is due by 11/30/2022. If instead Plaintiffs amend the complaint in response to the motion, that amended complaint is due 11/7/2022, and Defendants' answer or other response to the amended complaint is due 11/30/2022. If Plaintiffs amend the complaint and Defendants again move to dismiss, Plaintiffs' response is due 12/21/2022, and Defendants' reply is due 1/13/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.