## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, and GIOVANNI WILLIAMS, on behalf of themselves and others similarly situated, | |
| Plaintiff, | Case No. 22-cv-04127 |
| v. | |
| SUPER EGO HOLDING LLC; FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING LLC, JORDAN HOLDINGS, INC. d/b/a/ JHI TRANSPORT; REX TRUCKING, INC., and ALEKSANDAR MIMIC, | Hon. Martha M. Pacold |
| Defendants. | |

## JOINT INITIAL STATUS REPORT

1. Nature of the Case

   A. Attorneys of Record:

**Plaintiffs:**

Christopher J. Wilmes (Lead)
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
Hughes Socol Piers Resnick & Dym
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100

James Stark
jstark@framewills.com
Stark Law Offices, LLC

**Defendants:**

Donald Devitt (Lead)
ddevitt@scopelitis.com
Charles Andrewscavage
candrewscavage@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
(312) 255-7200

1

110 W Roosevelt Rd.
Wheaton, IL 60187
(708) 228-1017

B. Plaintiffs assert putative class action claims for breach of contract, fraud, conversion, civil conspiracy, violations of the Truth In Leasing Act ("TILA"), 49 U.S.C. § 14704(a)(2), violations of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/10a, and violations of the Illinois Wage Payment and Collections Act ("IWPCA"), 820 ILCS 115/9. Defendants have not asserted any counterclaims.

C. Plaintiffs were owner-operator semi-truck drivers who contracted with Defendants to haul goods in interstate commerce. Defendants are federally licensed motor carriers, their affiliated leasing company, their holding company, and the holding company's principal. Plaintiffs allege that Defendants promised to pay them 88% of the gross receipts of each load they hauled under Defendants' motor carrier licenses. Plaintiffs further allege that Defendants paid them less than 88% of the gross receipts of each load and that Defendants also defrauded them by sending them doctored rate confirmation sheets that falsely lowered the price that freight brokers actually offered to pay Defendants for each load that Plaintiffs transported. Plaintiffs allege this practice was a scheme to convince Plaintiffs to haul freight at a cheaper price than Defendants otherwise would have had to pay to them. By falsely informing Plaintiffs that a third-party broker agreed to pay less money than it really agreed to pay for the load, Defendants convinced Plaintiffs to haul the load under the mistaken belief that the price represented a true market rate.

Defendants deny these allegations.

Major factual and legal issues may include the following:

- Whether the parties' agreements obligated Defendants to pay Plaintiffs 88% of the load pay offered by Defendants or 88% of the load pay offered by Defendants' freight brokers.

- Whether Defendants altered the load prices on third party brokers' rate confirmation sheets and, if so, committed fraud or violated the ICFA.

- Whether Plaintiffs reasonably relied on Defendants' alleged misrepresentations in the allegedly altered rate confirmation sheets.

- Whether the IWPCA applies to the work Plaintiffs performed.

- Whether Plaintiffs were properly classified as independent contractors and not entitled to recover under the IWPCA.

- Whether Defendants made deductions from Plaintiffs' alleged wages in violation of the IWPCA.

- Whether Defendants made chargebacks from Plaintiffs' pay that it did not disclose in Plaintiffs' lease agreement and whether Defendants paid interest on Plaintiffs' escrow accounts, in violation of TILA.

- Whether Plaintiffs relied to their detriment on any alleged TILA violation.

- Whether Defendants unlawfully retained money in Plaintiffs' escrow accounts, in violation of TILA.

- Whether Plaintiffs were injured by Defendants' conduct.

- Whether Plaintiffs can establish the prerequisite of class certification under Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

- Whether Defendants were alter egos of Super Ego Holdings, LLC.

D. Plaintiffs seek class-wide damages, punitive damages, equitable relief, and attorneys' fees and costs.

2. Jurisdiction.

A. The Court has federal question jurisdiction over Plaintiffs' claims under the

TILA, 49 U.S.C. § 14704(a)(2). *See* 28 U.S.C. § 1331.

B.  The Court has diversity jurisdiction over the Plaintiffs' claims under 28 U.S.C. § 1332(a)(1). The Court also has jurisdiction over Plaintiffs' claims under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

1.  The amount in controversy exceeds the jurisdictional thresholds for diversity and CAFA jurisdiction. There is no dispute regarding the amount in controversy.

2.  Plaintiffs Atkinson, Walker, and Williams are citizens of Georgia. Plaintiff Greene is a citizen of Tennessee. Defendants Rocket Expediting and Jordan Holdings are citizens of Ohio. All other Defendants are citizens of Illinois. Defendant Super Ego Holding LLC is comprised of a single member who is an individual. That individual is domiciled in Illinois and is therefore a citizen of Illinois. Rocket Expediting LLC is also comprised of a single member who is an individual. That individual is domiciled in Illinois and is therefore a citizen of Illinois.

3.  All Defendants have been served.

4.  Counsel has advised the parties that they may proceed before a Magistrate Judge if they consent unanimously. There is not unanimous consent to proceed before a Magistrate Judge at this time.

5.  Motions: The only pending motion is Defendants' Motion to Dismiss for Failure to State a Claim. ECF No. 16. The Court set a briefing schedule for the Motion to Dismiss. ECF

No. 19.

6. Status of Settlement Discussions: Settlement discussions have not occurred, and the parties do not request a settlement conference at this time.


Respectfully submitted,


/s/ Christopher J. Wilmes_____
*One of the Attorneys for the Plaintiffs*

/s/ Charles Andrewscavage
*One of the Attorneys for the Defendants*


Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
Hughes Socol Piers Resnick & Dym
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100


James Stark
jstark@framewills.com
Stark Law Offices, LLC
110 W Roosevelt Rd.
Wheaton, IL 60187
(708) 228-1017

Donald Devitt
ddevitt@scopelitis.com
Charles Andrewscavage
candrewscavage@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
(312) 255-7200