# EXHIBIT A

  

**super ego holding job posting**

Reach 250M **Job** Seekers. Let Indeed Make A Hire For You! Number 1 **Job** Site. **Post** a **Job** in Minutes. Hire Local Talent. **Post Jobs**. Services: **Post Jobs**, Resume **Search**.

### Find Jobs
Indeed helps people get jobs. Over 10 million stories shared.

### Post a Job
Find out why you should post your jobs on Indeed. It's quick & easy!



**Jobs** — Near Elk Grove Village, IL

Owner operator truck driver
SUPER EGO HOLDING
Elmhurst, IL
via Talent.com
5 days ago · Full-time · No degree mentioned

→ Explore jobs

Learn more  Feedback

---

https://www.indeed.com › q-Super-Ego-Holding-jobs

### Super Ego Holding Jobs, Employment | Indeed.com
15 **Super Ego Holding jobs** available on Indeed.com. Apply to Lead Community Supervision Specialist, Freight Broker, Broker and more!

https://www.indeed.com › jobs › q=Super+Ego+Holding

### Super Ego Holding Jobs, Employment in Hinsdale, IL - Indeed
8 **Super Ego Holding jobs** available in Hinsdale, IL on Indeed.com. Apply to Lead Community Supervision Specialist, Broker, Ios Developer and more!

https://superegoholding.com › career

### Career - Super Ego Holding
Jun 7, 2021 — Join our winning team. Our team is constantly growing and our company offers numerous **employment opportunities** in various departments: ...



Google

SUPER EGO HOLDING
Bear ELD Grove Village, IL

Jobs Saved Alerts

Location Date posted Requirements Language Type

2 mi | 5 mi | 15 mi | 30 mi | 60 mi | 200 mi | Anywher

All | Work from home | Bensenville, IL | Elmhurst, IL

S
OTR Truck Driver /Owner-Operator
SUPER EGO HOLDING
Elmhurst, IL
via ZipRecruiter
7 days ago $ 7K a week
Contractor
No degree mentioned

SUPER EGO ZAPOŠLJAVA - SAFETY & CLAIMS DEPARTMENT
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

Trucking kompaniji potreban računovođa
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

HR menadžer
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

Potrebni Owner Operatori
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

HR menadžer u trucking kompaniji
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
30 min No degree mentioned

Potrebni Owner Operatori
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

Potrebni Owner Operatori
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

Trucking kompanija - Pomoćnik mehaničara
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

S
HR menadžer u trucking kompaniji
Super Ego Holding
Bensenville, IL
via Chicago Oglasi
No degree mentioned

Osoba za ELD
Super Ego Holding
Bensenville, IL
via Chicago Oglasi

New job alerts

# OTR Truck Driver /Owner-Operator

SAVE

S
SUPER EGO HOLDING
Elmhurst, IL

Apply directly on ZipRecru… | Apply directly on Talent.com | Apply on Recruit.net | Apply on Tarta.ai

7 days ago $ 7K a week Contractor No degree mentioned

## Job highlights

Identified by Google from the original job post

Qualifications

- Experienced truck drivers looking to become owner-operators
- At least 8 months of experience OTR
- Clean record
- Good work ethic

Benefits

- 88% of every load
- payed detention/layovers
- no forced dispatch
- pet & passenger friendly
- 24/7 ELD support
- 24/7 dispatch support
- opportunity to make your own fleet and expand your business
- International ProStar LT625 (400$ a week, or less on a 3.5 year contract)
- Kenworth T680 (650$ a week, or less on a 3.5 to 5 year contract)
- Peterbilt 579 (650$ a week, or less on a 3.5 to 5 year contract)

## Full description

Job Description
Super Ego Holding is a trucking company out of Chicago and we work in all 48 states and OTR. We provide high-quality service at the best rate backed with dependable service. We are hiring highly qualified staff that gets the top-notch working conditions and permanent enhancement and promotion opportunities. Our corporate culture is based on mutual trust, cooperation and open communication.

What we can offer:
• 88% of every load
• payed detention/layovers
• no forced dispatch
• pet & passenger friendly
• 24/7 ELD support
• 24/7 dispatch support
• opportunity to make your own fleet and expand your business
Our trucks:
• International ProStar LT625 (400$ a week, or less on a 3.5 year contract)
• Kenworth T680 (650$ a week, or less on a 3.5 to 5 year contract)
• Peterbilt 579 (650$ a week, or less on a 3.5 to 5 year contract)

What we are looking for:
• Experienced truck drivers looking to become owner-operators
• Solo and team drivers

QUALIFICATIONS:
• At least 8 months of experience OTR
• Clean record
• Good work ethic

Come and join our friendly team. We'll get you behind the wheel so all of us can start making money. No one cares about you as we do

Report this listing

# Logistics Broker - Experience Req

SUPER EGO HOLDING

Elmhurst, IL 60126

From $60,000 a year  - Full-time

Apply now

It's time to upgrade your career, by joining the biggest trucking family!

Starting with $50000per year with commission %.

Read our ad carefully, maybe we're looking for someone like you, and let's start rolling!
First, let us introduce Super Ego Holding:

- Family owned US based transportation and Logistics Company,
- For years at the very top in this industry and this is not said by our Ego : ), results speak for themselves!
- So, we can proudly say that we are currently the largest company in IL State and in Serbia that runs trucks for the US market!
- Over 2800 trucks! And they are coming every day!
- Over 700 employees in 5 offices: Chicago, Belgrade, Kragujevac, Novi Sad, and Nis!
- Over 25 departments, with organized and defined tasks - you won't do other people's jobs!
- We bravely respond to every single situation you can imagine, there are no obstacles for us!
- We are never tired of improving ourselves - we listen to our employees and their needs!
- We're covering all parts of this industry, having a carrier division, leasing division, big repair shop, and brokerage division - if there is any part that you're not familiar with, you can be sure that you will cover it with our help!
- We're onboarding new people every day, and there is more capacity for growth!

Right now we are looking for a Client Sales Representative in Logistics!
What will your work day look like?

- Contacting clients and building relationships with them, over emails and phone calls,
- Increasing margins in profit,
- Expanding book of business,

Being your own boss also means making money like one | (630)506-8869



ABOUT   FINANCING   EQUIPMENT   REPAIR SHOP   CAREER   BLOG

APPLY NOW

# About

## Who we are

Super Ego Holding is a transportation company recognized throughout the USA as the **best choice for your transportation needs**, as well as a model employer.

A privately-owned company, permanently investing in its employees and the latest-model equipment, whose top priority is the customer satisfaction, Super Ego Holding is now a transportation company with recognizable name and reputation.



## Our success and growth are based on three pillars:



ABOUT    SUPER EGO LOGISTICS    FINANCING    EQUIPMENT    REPAIR SHOP    CAREER

BLOG  APPLY NOW

## No Credit Check

Since time we have an easy approval process in place. You don't have to worry about the credit check.

## Zero Down

Super Ego Holding offers competitive leasing terms with NO money down. We strive to turn your vision into reality and set you up for success.

## Optimal fleet balance

Late-model equipment can provide several benefits to fleets, including reducing operating costs and overall expenses. Also, if you are looking for well maintained used equipment, we offer a wide variety of trucks and trailers.



## Reduce Expenses

Avoid unforeseen costly repairs. Technology available on new equipment results in a safer vehicle and prevents the risk of sudden breakdowns.

## Flexible Lease Terms

We're able to work closely with you to develop a plan that's personalized for your organization. You can also select the length of your contract, as well as choose between leasing, buying or renting the equipment.

## Free Trailer Tracking

Don't let the cost of telematics get in the way of your fleet. Get a single view of all your assets-our trailers are equipped with GPS tracking system that allows you to locate your assets for FREE at any time!

