# EXHIBIT C

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

# LEASE AGREEMENT BETWEEN INDEPENDENT CONTRACTOR (OWNER/OPERATOR) AND
# Rocket Expediting LLC

## Agreement of the Parties

For and in consideration set forth in Section III of this agreement, hereinafter called INDEPENDENT CONTRACTOR agrees to pay contract to Rocket Expediting LLC, hereinafter called CARRIER, the equipment described in Section XIV together with qualified drivers, and CARRIER agrees to contract loading and transport of freight with INDEPENDENT CONTRACTOR.

In witness whereof, CARRIER and INDEPENDENT CONTRACTOR hereby enter into this Agreement this 5/4/2022 which shall be effective on the date executed, and agree to be bound by the terms and conditions thereof set forth in the attached schedules, which is made a part hereof the same as if it were fully set forth herein. The terms of this Agreement shall commence on the date set forth above, and continue for twelve (12) consecutive months from such date, unless terminated by one or both parties for breach or otherwise. This Agreement shall be automatically renewed for one (1) year, unless either party shall, at least thirty (30) days prior to the expiration of any term, give written notice of the intent not to renew the Agreement.

_[signature]_
1AD2D8F6A4B441F...
Signature of INDEPENDENT CONTRACTOR

_[signature: Mina Djordjevic]_
830753E73A1F49D...
Signature of CARRIER'S authorized Representative

## I. IDENTIFICATION OF INDEPENDENT CONTRACTOR

NAME: JASON Glenn GREENE
STEET ADDRESS: ███████████
CITY, STATE, ZIP: Corryton, TN, 37721
SS#/FED ID#: ███████

INITIALS J G

DocuSign Envelope ID: B93513FE-CC96-4468-B71C-A5B235D83124

Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 3 of 11 PageID #:202

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

## a. SCHEDULE OF COMPENSATION

CARRIER agrees to pay 88% of load pay offered, minus applicable escrow deductions, cargo & liability insurance, cash advances, fines, violations, damage payments, deductibles, fuel card payments and any/all agreed upon damage/payments.

1. CARRIER agrees to pay, and INDEPENDENT CONTRACTOR agrees to accept, as full and complete payment for use of said equipment and for performance or obligation accepted by INDEPENDENT CONTRACTOR under this AGREEMENT, compensation as set forth in Section III. Above. CARRIER shall settle with INDEPENDENT CONTRACTOR on each Friday within eleven days of proper submission, by INDEPENDENT CONTRACTOR, of the Bills of Lading, signed delivery receipts, lumper receipts, assessorial charge receipts, paper logs for each complete trip. Original fuel receipts are also due at the same time with the load paperwork from all INDEPENDENT CONTRACTORS (for use in preparation of IFTA) regardless of whether they choose to use company provided Fuel Tax accounting services or not. All applicable paperwork must be submitted to CARRIER no later than **11:59 C.S.T. the preceding Monday** in order to be paid on time, **NO EXCEPTIONS**. If COMPLETE paperwork is not TIMELY submitted, INDEPENDENT CONTRACTOR acknowledges and agrees that they will not be paid until such time as the COMPLETE paperwork, for all required or remaining loads, is turned in and acknowledged as received by the CARRIER.

2. Fuel Use Tax Return services will be available to INDEPENDENT CONTRACTOR. If this service is not selected by INDEPENDENT CONTRACTOR the all quarterly Fuel Use Tax, Road Tax, Weight and Distance Tax and all similar taxes/fees will remain the full responsibility of the INDEPENDENT CONTRACTOR. If INDEPENDENT CONTRACTOR refuses the Fuel Use Tax Return services offered by CARRIER, then INDEPENDENT CONTRACTOR is required to provide a copy of the paid FUEL USE RETURN for EACH QUARTER to the CARRIER. If INDEPENDENT CONTRACTOR does not submit the copy of the Fuel Use Return for each quarter to the CARRIER by the 25th day of the month when taxes are due, the CARRIER will file the Fuel Use Tax Return for INDEPENDENT CONTRACTOR for that quarter and additional charges will be deducted from INDEPENDENT CONTRACTOR'S settlement. Upon termination of this Agreement, INDEPENDENT CONTRACTOR authorizes the CARRIER to withhold the escrow funds for up to 45 days from the INDEPENDENT CONTRACTOR'S resignation or the termination of the Agreement by CARRIER (until the next Quarterly Fuel Use Tax Return has been filed. After the Fuel Use Tax Return charges are covered, the adjustment will be made and the difference left from the escrow funds, not otherwise needed or used for any other fees, fines, violations or damages, will be returned to INDEPENDENT CONTRACTOR. All the road tax additional charges and fees will be the full responsibility of the INDEPENDENT CONTRACTOR regardless of whether prepared by the CARRIER'S accounting department or outside by INDEPENDENT CONTRACTOR'S own accounting service.

    PLEASE CHECK ONE:
    ◯ I CHOOSE TO FILE MY OWN IFTA AND TO FILE MY OWN MOTOR FUEL USE TAX RETURNS.
    ◉ I CHOOSE TO USE CARRIER'S IFTA AND CARRIER TO FILE MY MOTOR FUEL USE TAX RETURNS.

3. It is agreed that an "Escrow" fund is to be set up at the time of the execution of this Agreement. INDEPENDENT CONTRACTOR authorizes CARRIER to withhold $200.00 from the first settlement followed by $200.00 per week to the maximum of $2,000.00. If for any reason CARRIER fails to withhold, in any given week, the $200.00 deduction, INDEPENDENT CONTRACTOR authorizes CARRIER to withhold any deficiency in any subsequent week in addition to that week's required deduction. If INDEPENDENT CONTRACTOR fails to keep his equipment operating for the full term of the Agreement, the minimum fee paid to any regulating agency to certify such equipment, or drivers, may be deducted from the sums held in escrow. ALL escrow funds may be held for a minimum of 45 days after termination of the Agreement (by either party and for any reason) to insure payment of INDEPENDENT CONTRACTOR'S obligations, including quarterly Fuel Tax Returns, cargo claims, liability claims, advances, equipment rental costs, fuel card advances, fuel or any other costs which are the sole responsibility of INDEPENDENT CONTRACTOR. Should any claim not be received at the end of the stated 45- day minimum time to release escrow, but CARRIER has been

INITIALS  J   G

made aware that such a claim shall or might be forthcoming, CARRIER is authorized to hold the remaining escrow funds not yet applied for such time as the potential or upcoming claim is paid and closed fully and finally with any/all required releases executed. CARRIER will provide to INDEPENDENT CONTRACTOR with an accounting of any transactions made from or using the escrow funds upon the written request of INDEPENDENT CONTRACTOR to CARRIER.

4. In any case where the INDEPENDENT CONTRACTOR has secured an advance of any kind from CARRIER including, but not limited to, fuel, lubricants, pallets, safety equipment, tires, tractor or trailer parts, fines and penalties by operating authorities, licenses, permits, transfer charges, tolls or any insurance deductions authorized by INDEPENDENT CONTRACTOR, CARRIER shall be authorized to deduct the amount of such advance(s) from any trip settlement or other monies due. If such monies are insufficient to cover the sum(s) due to CARRIER from INDEPENDENT CONTRACTOR, then INDEPENDENT CONTRACTOR will be required to pay to CARRIER all such remaining sums due, and CARRIER shall furnish a written explanation and/or itemization of all such deductions due upon demand, to INDEPENDENT CONTRACTOR upon INDEPENDENT CONTRACTOR'S written request to CARRIER.

5. If INDEPENDENT CONTRACTOR does not notify CARRIER thirty (30) days prior to terminating this Agreement, CARRIER reserves the right to hold all money owed to or owned by INDEPENDENT CONTRACTOR.

6. CARRIER reserves the right to terminate this Agreement, for any reason whatsoever, at its election.

## II.   RELATIONSHIP OF THE PARTIES

1. The parties further intend to create, by this Lease Agreement, the relationship of a CARRIER and INDEPENDENT CONTRACTOR only, and recognize and acknowledge that INDEPENDENT CONTRACTOR, at no time whatsoever, is an employee or servant of the CARRIER nor its agents, clients, brokers or assigns.

2. INDEPENDENT CONTRACTOR shall operate equipment covered by the Agreement or furnish sufficient qualified and certified employee or Contract Drivers to operate said equipment. Any employees or Contract Drivers furnished by INDEPENDENT CONTRACTOR shall be his/her employees; and shall be hired, directed, paid and controlled solely by INDEPENDENT CONTRACTOR. INDEPENDENT CONTRACTOR represents that any employees/Contract Drivers furnished by him/her are competent, reliable, physically fit and are familiar with State and Federal Motor Carrier Safety Rules, laws and regulations. To the extent required by applicable law, INDEPENDENT CONTRACTOR shall maintain Workmen's Compensation OR Occupational Accident Coverage for all employees/contract drivers, and shall provide proof the same to CARRIER. INDEPENDENT CONTRACTOR agrees to hold harmless and indemnify CARRIER any of its affiliates, agents, employees, heirs and assigns against any award by a worker's compensation OR occupational accident court or similar administrative body of law or applicable agency. INDEPENDENT CONTRACTOR shall be responsible for any/all withholding and remittance to proper authorities of all payroll taxes for his/her employees.

3. CARRIER will provide a Statement of Earnings to INDEPENDENT CONTRACTOR sowing annual compensation and will report same to the Internal Revenue Service on IRS Form 1099.

4. INDEPENDENT CONTRACTOR may temporarily remove leased equipment from operation of the CARRIER under this Agreement for periods of less than thirty (30) days, subject to notification of and approval by CARRIER. During such periods, INDEPENDENT CONTRACTOR shall remove the CARRIER identification placards, cards and fuel permits; and shall not operate, in any manner whatsoever, under the authority of the CARRIER or their signs.

INITIALS J   G

DocuSign Envelope ID: B93513FF-CC96-4468-B71C-A5B235D83124
Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 5 of 11 PageID #:204
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

5. The parties further intend that the relationship created by this Agreement comply, in all respects, with the regulations of the ICC governing the Agreement and interchange of vehicles by Authorized carriers. This Agreement made between INDEPENDENT CONTRACTOR and CARRIER is for the performance of trucking services (loading, driving, unloading, etc.) to be performed without the supervision of CARRIER except to the extent that the services are being provided/leased out to CARRIER'S customer and clients and any rules and regulations regarding these customers/clients will be relayed to INDEPENDENT CONTRACTOR and/or their employees/contract drivers. INDEPENDENT CONTRACTOR agrees that any/all payment for services will be rendered ONLY after COMPLETE AND TIMELY paperwork is submitted to CARRIER; and that those settlements will NOT be subject to withholding of Federal and State Income or Social Security tax, pursuant to the issuance of Form 1099 to INDEPENDENT CONTRAACTOR from CARRIER.

## III. INDEPENDENT CONTRACTORS WARRANTY AND REPRESENTATION:

1. INDEPENDENT CONTRACTOR warrants and represents that it is the owner of every unit of leased equipment; and that CARRIER shall have possession of the equipment during the term of this Agreement. INDEPENDENT CONTRACTOR further warrants that the equipment furnished shall be in safe, mechanical operation and condition, free of defects, properly licensed and in full compliance with the Motor Carrier Safety Regulations of the U.S. Department of Transportation and all other applicable laws, regulations and ordinance of Federal, State or Municipal authorities having jurisdiction as of the date it is delivered to CARRIER, and shall be maintained as such throughout the term of this Agreement.
2. INDEPENDENT CONTRACTOR further warrants and represents that the employees/contract driver's they supply to perform services for CARRIER, shall be properly licensed and qualified under all applicable laws and regulations throughout the period of this Agreement.

## IV. OPERATING AND MAINTENANCE EXPENSES

INDEPENDENT CONTRACTOR agrees to pay the entire costs of operating and maintaining the leased equipment throughout the term of the Agreement. INDEPENDENT CONTRACTOR'S obligations shall include, but shall not be limited to, the following expense items:

1. All wages, payroll taxes, Worker's Comp or Occ/Acc Insurance and any/all other payments with respect to INDEPENDENT CONTRACTOR'S employment of authorized drivers and/or any other labor;
2. All costs of Non-Trucking Liability and Physical Damage Insurance. Proof of said insurance must be provided to CARRIER prior to completion of this Agreement;
3. All expenses of fuel, lubrication, maintenance and repair of the leased equipment;
4. All Fuel and Highway Use taxes, all highway, bridge and ferry tolls, and all expenses of acquiring and maintaining current vehicle base plates and licenses on leased equipment;
5. All fines for traffic violations and any other fees, penalties, fines or taxes that may be assessed against the equipment or the services provided by the INDEPENDENT CONTRACTOR or his agents or employees/contract drivers;
6. INDEPENDENT CONTRACTOR shall be solely responsible for all expenses incurred in the procurement of the background checks, physical examinations and drug tests of all current or prospective employees/contract drivers in accordance with the DOT and Federal Motor Carrier Safety Administration's safety regulations (391.31)
    A.) Drug tests are required randomly as required by the U.S. Department of Transportation;
    B.) Background check of CDL license records must be completed before any driver will be allowed to work under the terms of this Agreement.

INITIALS J  G

DocuSign Envelope ID: B93513FE-CC96-4468-B71C-A5B235D83124

Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 6 of 11 PageID #:205

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

CARRIER shall obtain and pay for Road Use and Fuel Tax permits for each of the states in which it operates. INDEPENDENT CONTRACTOR shall purchase sufficient fuel in each state it runs in on behalf of the CARRIER under this Agreement to pay that State's fuel tax. Where INDEPENDENT CONTRACTOR fails to purchase sufficient fuel in each State, CARRIER shall have the right to charge back the full amount of any resulting fuel tax liability in any state in which this occurs from any settlements or escrow owed or owned by INDEPENDENT CONTRACTOR.

## V.  MAINTENANCE REPORTS

1. To enable CARRIER to fulfill its obligations under DOT regulations to monitor the inspection, maintenance and repair of equipment operated under its authority, INDEPENDENT CONTRACTOR agrees to provide CARRIER with monthly vehicle maintenance reports on each unit of leased equipment provided to CARRIER hereunder, not later than the 15th day of the month for the previous month. The reports shall specify all maintenance and repairs performed on the vehicle(s) and shall be supported by paid receipts.

2. INDEPENDENT CONTRACTOR must submit a Vehicle Inspection Report prior to completion of this Agreement. INDPENDENT CONTRACTOR shall submit the same Vehicle Inspection Report prior to the start of the next term of this Agreement (annually). CARRIER shall have the right to remove any unit of leased equipment from service when unsafe conditions are found by DOT Inspection or otherwise.

3. INDEPENDENT CONTRACTOR's failure to provide the Monthly Vehicle Report will result in the applicable leased unit being placed on an "out of service" or "no load" list at the CARRIER'S offices, and a resulting fine of $100.00 for Non- Compliance shall be assessed on a weekly basis until such time as the missing Reports are submitted. Additionally, all leases units that receive any "Out of Service" will be charged as follows:

    - $500.00 for the 1st Offense;
    - $1000.00 for the 2nd Offense;
    - $1500.00 for the 3rd Offense

The fine for any speeding violation, over 10 mph over the posted speed limit, shall be charged as follows:

- $1000.00 for the 1st Offense;
- $1500.00 for the 2nd Offense;
- $2000.00 and/or termination for the 3rd Offense.

CARRIER reserves the right to make changes to the above fine policies at their discretion. Any further major violations and negligent acts of any driver will result in a more serious disciplinary action like suspension and/or termination.

## VI.  MINIMUM TRIPS

CARRIER does not guarantee, warrant or represent to INDEPENDENT CONTRACTOR that any minimum number of trips will be available to INDEPENDENT CONTRACTOR during the term of this Agreement however; all good faith and effort of the CARRIER will be made to ensure as many trips as possible.

INITIALS J  G

DocuSign Envelope ID: B93513FE-CC96-4468-B71C-A5B235D83124
Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 7 of 11 PageID #:206
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

## VII. VEHICLE IDENTIFICATION

CARRIER will provide to INDEPENDENT CONTRACTOR all identification required by all applicable government authority, to be affixed to each vehicle listed in Section XIV, while such equipment is performing services for CARRIER, pursuant to this Agreement. When the leased equipment is not being used to perform services for the CARRIER, INDEPENDENT CONTRACTOR must remove or completely cover all items of identification referring to CARRIER. Upon termination of this Agreement, by either party, or upon INDEPENDENT CONTRACTOR leasing the equipment to another certified carrier. INDEPENDENT CONTRACTOR will be responsible to completely remove all identification of CARRIER from its equipment, and to return the remnants of signs, and the permits, binders, stickers, plates, etc. to the CARRIER. Responsibility for removing the signs is solely that of the INDEPENDENT CONTRACTOR however; proof of removal must be submitted to CARRIER. Failure to remove identification of CARRIER'S identification and its belongings from the unit (binder, permits, plates, etc.) shall result in the absolute forfeiture of any amounts being held in escrow and/or any monies yet due to INDEPENDENT CONTRACTOR from completed trips with proper paperwork submitted.

## VIII. INSURANCE

The respective obligations of the parties concerning the purchase and maintenance of insurance are as follows:

1. CARRIER agrees to procure and maintain a full force Public Liability Insurance Policy for bodily injury and property damage for the vehicle(s) leased hereunder, with a limit of $1,000,000.00 combined single limit for bodily injury and property damage in each accident. It is further agreed that this Public Liability Insurance shall NOT cover the operation of any unit of leased equipment while:
   A.) The unit is used to carry property in any business other than the business of the CARRIER;
   B.) The unit is being used in the business of any person or organization other than the CARRIER; or
   C.) The unit is being used for personal purposes.

2. CARRIER further agrees to provide cargo insurance covering operation of the leased equipment when being used to transport the cargo of CARRIER and its clients, broker, agents and assigns, under the provisions of this Agreement, and vouchering cargo loss or damage resulting from collision or upset of the equipment not due to INDEPENDENT CONTRACTOR or INDEPENDENT CONTRACTOR'S driver's negligent misconduct. CARRIER agrees to procure and maintain in full force and full effect the cargo insurance for equipment specified in the List of Equipment Leased. Cost of said insurance is to be reimbursed from INDEPENDENT CONTRACTOR to CARRIER in the amount of $1,000.00 per leased unit per month. Upon resignation, INDEPENDENT CONTRACTOR agrees to notify CARRIER before the 1st of the month (on a business day) of the upcoming month in order to avoid being charged for the following month's insurance premium. The limits of coverage and the placement of liability and cargo insurance shall be left to the sound discretion of CARRIER, and CARRIER shall be named as sole insured. If the INDEPENDENT CONTRACTOR desires any such insurance for his own protection (from Acts or negligence of their driver(s) , or is dissatisfied with the type or amount of coverage provided by the CARRIER, he/she is free to provide other, further or additional insurance at his/her own expense. INDEPENDENT CONTRACTOR will be responsible for any such deductible amount for claims under the Public Liability and/or Cargo insurance when it is found to be the fault of the INDEPENDENT CONTRACTOR or his/her employees/contract drivers. Any claims that are not covered under CARRIER'S policy of PUBLIC LIABILITY AND/OR CARGO INSURANCE, due to the negligent misconduct or acts of INDEPENDENT CONTRACTOR or INDEPENDENT CONTRACTOR'S employees/contract drivers, shall be charged against any/all sums due to INDEPENDENT CONTRACTOR currently held by CARRIER.

3. INDEPENDENT CONTRACTOR agrees to procure and pay the full expense of Non-Trucking insurance, as well as Physical Damage Insurance on each unit of leased equipment. These insurance policies will be available through CARRIER, if INDEPENDENT CONTRACTOR does not provide evidence of both Non-Trucking Liability and Physical Damage Insurance on each unit bound by this Agreement.

INITIALS J  G

DocuSign Envelope ID: B93513FE-CC96-4468-B71C-A5B235D83124
Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 8 of 11 PageID #:207
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

## IX. CHARGE BACK ITEMS

In addition to the chargeback or withholding authority granted by INDEPENDENT CONTRACTOR to CARRIER elsewhere in this Agreement, INDEPENDENT CONTRACTOR agrees that CARRIER shall have the right to charge against any settlement owed under this Agreement amounts sufficient to reimburse CARRIER for the following expenses which CARRIER may incur on behalf of or in the name of the INDEPENDENT CONTRACTOR.

1. Any fines or penalties imposed upon CARRIER as a result of violations by INDEPENDENT CONTRACTOR or INDEPENDENT CONTRACTOR'S employees/contract drivers;

2. Any losses or expenses incurred by CARRIER as a result of its inability to collect freight charges earned due to INDEPENDENT CONTRACTOR'S or INDEPENDENT CONTRACTOR'S employees/contract driver's failure to properly complete the load and/or to submit proper and complete signed paperwork and documents (including assessorial charges) in a timely manner or not at all;

3. Any loss or damage to property or cargo, or any other losses or expenses which CARRIER may incur or for which it may be held liable as a result of the INDEPENDENT CONTRACTOR'S or INDEPENDENT CONTRACTOR'S employee's / contract driver's conduct;

4. All fines and penalties on overweight trailers, found to be the fault of driver negligence. Prior to withholding any settlements, upon request, CARRIER shall provide INDEPENDENT CONTRACTOR with a written explanation and itemization of the withholding to be made;

5. Deductible amounts on claims against liability and cargo insurance policies when it is found to be the fault of INDEPENDENT CONTRACTOR or his employees/contract drivers in an amount of $2500.00 per EACH occurrence;

6. For a trailer left unhooked (and unattended), INDEPENDENT CONTRACTOR is responsible for any/all costs including towing charges, storage charges, loss of or damage to cargo, loss of or damage to the trailer itself (physical damage) in addition to any/all legal and/or attorney fees rendered necessary to retrieve or recoup any/all losses to said trailer.

## X. ACCIDENT REPORTS AND LITIGATION

INDEPENDENT CONTRACTOR agrees that he will report to CARRIER, by telephone, immediately after the occurrence of any accidents, injuries, property damages and cargo shortages or losses of any nature. A police report must be submitted to CARRIER along with a full, written accident report form, covering each occurrence as required by the I.C.C. and D.O.T. Regulations.

INDEPENDENT CONTRACTOR agrees to place himself, his agents and attorneys at the service and disposal of the CARRIER during the length of this Agreement and through termination, to assist CARRIER in defense of any/all claims or suits arising out of any operation or conduct which INDEPENDENT CONTRACTOR or INDEPENDENT CONTRACTOR'S employees/contract drivers in which they engaged under the provisions of this Agreement. INDEPENDENT CONTRACTOR also agrees that in all cases where a controversy arises with a Shipper or Consignee concerning the responsibilities for entire, or an amount of freight or freight loss or damage, INDEPENDENT CONTRACTOR will accept any/all decisions and settlements made by the CARRIER. CARRIER agrees to exercise due diligence in making such decisions and settlements.

INITIALS J  G

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

## XI. TERMINATION OF AGREEMENT

Upon termination of this Agreement, INDEPENDENT CONTRACTOR shall remove all CARRIER identification from the outside of the unit(s) and return all company property including, but not limited to, fuel cards, signs removed from the unit(s) (this means bringing pieces removed to show proof of removal or a picture of the unit with the signs clearly removed) permits, decals, insurance documents, truck binders, I-Pass equipment, ELD equipment and/or any company documents in general (including all Bills of Lading and/or assessorial receipts, not previously turned in to the accounting department.

Upon return of these items, CARRIER will execute a written receipt for the return of said leased equipment to INDEPENDENT CONTRACTOR.

IN WITNESS WHEREOF, INDEPENDENT CONTRACTOR and CARRIER have caused this Agreement to be subscribed by their duly authorized representatives.

DocuSigned by:
*Mina Djordjevic*
830753E73A1F49D...
Rocket Expediting LLC

DATE: 5/4/2022    TIME:

DocuSigned by:
[signature]
1AD2D8F6A4B441F...
INDEPENDENT CONTRACTOR

DATE: 5/4/2022    TIME:

This Agreement shall be executed in duplicate. INDEPENDENT CONTRACTOR shall keep one copy of the Agreement on each unit of leased equipment during the period of this Agreement. CARRIER shall keep the originally executed Agreement.

INITIALS J  G

DocuSign Envelope ID: B9351355-CC96-4468-B71C-A5B235D83124
Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 10 of 11 PageID #:209
DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

## XII. IDENTIFICATION OF EQUIPMENT

| Tractor/Trailer# | Make/Year | Model | Vin Number | License | Lic. State |
|---|---|---|---|---|---|
| 8898 | INTL 2022 | LT 625 | 3HSDZTZR5NN298898 | BBT214829 | Illinois |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

RECEIPT OF EQUIPMENT – TO BE COMPLETED ON TERMINATION OF AGREEMENT:

CARRIER hereby acknowledges receipt of the equipment described above:

*Mina Djordjevic*

Rocket Expediting LLC   5/4/2022   (Date)

INDEPENDENT CONTRACTOR   5/4/2022   (Date)

INDEPENDENT CONTRACTOR hereby acknowledges receipt of the equipment described in this Agreement.

## RULES OF CONDUCT FOR ALL INDEPENDENT CONTRACTORS AND/OR THEIR EMPLOYEES/CONTRACT DRIVERS

1. All drivers must check in with dispatch at 9:00 a.m. and 9:00 p.m. EACH DAY to report their location, expected pick up or delivery times, and advise of any problems encountered since the last check in. A voice message may be left if driver cannot reach anyone in the office AND no problems have occurred. If there has been an issue/problem, driver MUST speak to dispatch at the check-in time or when the issue/problem arises (if necessary, call the "after hours" number to do so). ** FAILURE TO CALL IN TWICE PER DAYS WILL LEAD TO A FINE OF $50.00 FOR EACH TRUCK OR $25.00 PER DRIVER EACH DAY. **

2. All drivers must complete a Pre-Trip Inspection on the tractor and trailer according to D.O.T. Regulations. CARRIER must be notified promptly of any problems noticed during the Pre-Trip inspection. In the case of any truck or trailer equipment failure, CARRIER must be informed **IMMEDIATELY**. CARRIER will not acknowledge any actions taken by the driver prior to informing CARRIER, and any equipment damage due to neglect of the driver will be considered the responsibility of the driver, and will NOT be compensated by CARRIER.

3. If a load requires refrigeration, the driver must check the condition of the trailer every eight (8) hours, including temperature requirements by Broker or Shipper, as well as fuel levels in the trailer. CARRIER will not be held responsible for damaged cargo due to negligence of the driver (including setting the wrong temperature or setting controls) and/or improper inspection and reporting (of any issues) by driver. Any deducted charges against the load for these issues or losses, by Broker to CARRIER, will be withheld from INDEPENDENT CONTRATOR'S subsequent settlements.

INITIALS J   G

DocuSign Envelope ID: B9351355-CC96-4468-B71C-A5B235D83124

Case: 1:22-cv-04127 Document #: 21-3 Filed: 11/07/22 Page 11 of 11 PageID #:210

DEMONSTRATION DOCUMENT ONLY
PROVIDED BY DOCUSIGN ONLINE SIGNING SERVICE
999 3rd Ave, Suite 1700 • Seattle • Washington 98104 • (206) 219-0200
www.docusign.com

4. All drivers are required to keep a logbook, up-to-date, for each portion of the trip. All logbooks must be completed and turned in to the CARRIER upon the driver's return to the office, and kept on file according to D.O.T. regulations. The driver, not CARRIER, will pay any logbook violations if a truck is ordered Out of Service due to logbook violations (or ELD violations), each driver will be fined $300.00 by CARRIER. If a load is not picked up or delivered on time, due to a Police Order or any other reason (except extreme emergencies), unless approved by Broker or Shipper/Consignee, all late charges incurred as a result of the late pick up or delivery that are charged against CARRIER shall be withheld from INDEPENDENT CONTRACTOR'S future settlement(s).

5. All drivers must inspect the loading of the trailer, where allowed, and check their weight at the nearest scale. If the load appears to be overweight, the driver must inform CARRIER **IMMEDIATELY,** by phone, and return to the original loading area for proper weight or weight distribution. CARRIER will NOT pay for any Citations resulting from overweight violations.

6. During loading, the driver must pay attention to the condition of the load, the number of pallets or boxes placed in the trailer, and any special features added by Shipper (including pillows, curtains, block & bracing, load locks, straps). It is driver's responsibility to refuse to sign for the freight if the freight appears to be damaged in any nature whatsoever, or if the loading of the freight is improper in any nature whatsoever, or if the load count does not match written or verbal instructions given by dispatch. If freight appears to be missing, improperly loaded or damaged, in any nature whatsoever, driver must IMMEDIATELY notify their dispatch to afford an opportunity for dispatch to discuss the situation and potential resolution with the Broker and/or the Shipper or Receiver. If CARRIER approves of the load continuing to be moved, or to continue with specific instructions that must be performed by driver or Shipper/Receiver, the driver must note any damage or inconsistency on the Bill of Lading AND MUST OBTAIN A SIGNATURE FROM SHIPPER/RECEIVER'S REPRESENATIVE, as proof and acknowledgement of the noted damage to the load prior to transit or leaving.

7. At all times, drivers must be courteous and respectful of all parties (at Shipper/Receiver) and respectful and mindful of their rules and regulations, and of other drivers and offices of all regulatory agencies.

8. Causes for IMMEDIATE DISCHARGE include (but are not limited to) the following:
   - Dishonesty
   - Immoral conduct while on duty
   - Fighting
   - Possession of Narcotics, or being under the influence of alcohol or drugs while on duty (except those proscribed by a medical doctor which are determined to be allowed while on duty according to D.O.T. Rules and Regulations)
   - Failure to immediately report an accident or incident which results in injury or property damage (of any nature whatsoever)
   - Failure to carry out instructions or a direct order of a supervisor
   - Theft (of any nature whatsoever including, but not limited to, cargo theft, equipment theft etc.)
   - Participating in any activity(s) that interfere with the CARRIER'S operation.

I HAVE READ AND UNDERSTOOD THE CARRIER'S RULES AND DO HEREBY AGREE TO FOLLOW THEM.

| JASON Glenn GREENE | *DocuSigned by:* [signature] 1AD2D8F6A4B441F... | 5/4/2022 |
|---|---|---|
| INDEPENDENT CONTRACTOR NAME | INDEPENDENT CONTRACTOR SIGNATURE | DATE |

| Rocket Expediting LLC | *DocuSigned by:* Mina Djordjevic 830753E73A1F49D... | 5/4/2022 |
|---|---|---|
| ROCKET EXPEDITING LLC REPRESENTATIVE | ROCKET EXPEDITING LLC REPRESENTATIVE | DATE |

INITIALS J G