# EXHIBIT G

**ORIGINAL**



7701 Metropolis Dr | Bldg 15 Austin, TX 78744
Phone: (888) 861-0650 | Fax: (512) 872-5109
**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

| **Load** | | **Carrier** | | **Truck** | |
|---|---|---|---|---|---|
| **Arrive Order** | 2796890 | **Carrier** | Rocket Expediting LLC | **Equipment** | Van |
| **Cargo Value** | $100,000.00 | | | **Truck Number** | 1956 |
| **Total Miles** | 620 Miles | **Attn** | | **Driver** | Eugene |
| **Total FloorLoaded** | 67 FloorLoaded | **Phone** | | **Driver Phone** | 912-464-4195 |
| **Total Weight** | 15000 lbs | **Fax** | | | |
| **Load Type** | Dry | | | | |
| **Load EQ Type** | Van Only | | | | |
| **EQ Size** | 53 ft | | | | |
| **BOL #** | 42683 | | | | |

**Rate Details**

| | |
|---|---|
| **LineHaul** | $1,700.00 |
| **Detention** | $50.00 |
| **Driver Assist** | $300.00 |
| **Total** | **$2,050.00** |

**HOW TO GET PAID!**
All invoices must be emailed to **invoices@arrivelogistics.com**

**DOCUMENTS NEEDED**
- **Carrier invoice**
- **All pages of the signed Proof of Delivery (POD)**
- **Rate confirmation**
- **All approved accessorial documents and receipts previously approved by your sales rep**

**PAYMENT TERMS**
- **Default payment terms are Net 30 from the date all required documents are received. You can select standard terms or our QuickPay option of Net-2 for a 2% fee, through TriumphPay.**

**GETTING STARTED ON TriumphPay**
- **Visit https://secure.triumphpay.com/ to create an account with TriumphPay or if you already have a TriumphPay account, enter your login information.**
- **Once logged in, select Arrive Logistics as your broker and confirm the relationship through authentication.**
- **Select your preferred payment term, your payment type, and verify your carrier information.**



7701 Metropolis Dr | Bldg 15 Austin, TX 78744
Phone: (888) 861-0650 | Fax: (512) 872-5109
**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

# Pickup #1

| Pickup Address | Appointment | Ref/PO# | | Commodity | Weight |
|---|---|---|---|---|---|
| Jackson Furniture 1910 King Edward Ave Cleveland, TN 37311 | **Earliest Date/Time** Mar 30, 2022 07:00 EDT | **BOL #** | 42683 | Furniture 32 FLOOR LOADED | 7500 lb |
| | **Latest Date/Time** Mar 30, 2022 17:00 EDT | | | | |
| | **Appt. Type** FCFS Confirmed | | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Pickup Notes:**

# Pickup #2

| Pickup Address | Appointment | Ref/PO# | | Commodity | Weight |
|---|---|---|---|---|---|
| JACKSON FURNITURE CATNAPPER 180 INDUSTRIAL LANE Cleveland, TN 37311 | **Earliest Date/Time** Mar 30, 2022 07:00 EDT | **BOL #** | 42683 | Furniture 35 FLOOR LOADED | 7500 lb |
| | **Latest Date/Time** Mar 30, 2022 17:00 EDT | | | | |
| | **Appt. Type** FCFS Confirmed | | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Pickup Notes:**

# Delivery #1

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| Elegance Furniture 6945B Florida Blvd Baton Rouge, LA 70806 | **Earliest Date/Time** Mar 31, 2022 10:00 CDT | | | |
| | **Latest Date/Time** Mar 31, 2022 15:00 CDT | | | |
| | **Appt. Type** FCFS | | | |

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| | Confirmed | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Delivery Notes:**

# Delivery #2

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| GRAUGNARD INC<br>3035 HWY 1 SOUTH<br>Donaldsonville, LA 70346 | **Earliest Date/Time**<br>Mar 31, 2022<br>11:00 CDT<br><br>**Latest Date/Time**<br>Mar 31, 2022<br>17:00 CDT<br><br>**Appt. Type**<br>FCFS<br>Confirmed | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Delivery Notes:**

**Load Comments** ** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** ** PU #42683 *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** ** DRIVER MUST BE ABLE TO TAILGATE THE FREIGHT** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** 4 HOURS FREE TIME AT SHIPPERS/CONS FACILITIES ** ** DETENTION REQUESTS MUST BE MADE ON THE DAY OF PICK UP/DELIVERY OR IT WILL NOT BE APPROVED** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********

**Lumper Comments**

**Detention Comments** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED**** 4 HOURS FREE TIME AT SHIPPERS/CONS FACILITIES ** ** DETENTION REQUESTS MUST BE MADE ON THE DAY OF PICK UP/DELIVERY OR IT WILL NOT BE APPROVED**

**All invoices must include signed proof of delivery and supporting documents.**
**Please email to invoices@arrivelogistics.com or send to:**
Arrive Logistics, LLC
7701 Metropolis Dr | Bldg 15
Austin, TX 78744
PH# (888) 861-0650 FAX (512) 872-5109



7701 Metropolis Dr | Bldg 15 Austin, TX 78744
Phone: (888) 861-0650 | Fax: (512) 872-5109
**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

All trailers must be absolutely free of all debris of any kind or will be turned away and refused loading. Reasons to reject trailer at loading include, but are not limited to the following: Foul Odors, Broken glass, Metal shavings, Infestation, and mold.

Load locks or 2 straps or a combination of these two options - Mandatory for each load. Drivers will be turned away if noncompliant.

All drivers must arrive 15 minutes prior to their scheduled pick up time at this location. You will be considered late if you arrive less than 15 minutes prior to your pickup appointment.

Drivers must confirm trailer seal on correct trailer door prior to departure

**Operational Rules:**

1. **If a driver is not permitted to confirm (by visual inspection) that the load is secure and the piece count is correct.**
   The driver is required to call Arrive immediately and have this information documented on the BOL with the words - Shipper Load/Count per
   _____ Shipper Signature / Initials.
   **Communication to Arrive must take place PRIOR to the driver leaving the facility.**
2. Do not dispatch a driver who cannot meet transit time without violating Hours of Service or other safety rules. Nothing in this Rate Confirmation constitutes a request to violate Hours of Service or other safety rules or to coerce a driver to do so.
3. This Rate Confirmation is deemed accepted by Carrier unless it is rejected within 48 hours of receipt.
4. Receipt of shipment by Carrier constitutes acceptance of and agreement to the terms of this Rate Confirmation.
5. Double brokering without prior written authorization will result in forfeiture of payment by Arrive to Carrier.
6. Any communication regarding this load must be addressed to Arrive and not its customer.
7. All charges are included in this Rate Confirmation.
8. Carrier must give Arrive notice 1 Hour prior to detention occurring.
9. Carrier agrees in the event there are overages, shortages, or damages, Carrier will contact Arrive�s office to report the discrepancy before leaving the customer�s premises.
10. Payment will be made within thirty (30) days after receipt of invoice, original BOL, and signed Load-Rate Confirmation unless Arrive disputes the invoice or any part thereof.
11. Freight must not be handled or trans loaded by Carrier without approval from Arrive. In the event of Carrier�s violation of this Operational Rule, the limitation of liability as to cargo loss or damage set forth in the Broker Carrier Agreement between Arrive and Carrier shall be voided and payment by Arrive to Carrier shall be forfeited by Carrier.
12. Carrier or its agent certifies that any Transportation Refrigeration Unit (TRU or reefer) equipment furnished will be in compliance with the in-use requirements of the California TRU regulations.
13. This Rate Confirmation incorporates the terms and conditions of a Broker Carrier Agreement signed by Arrive and Carrier.
14. In the event of a conflict between this Rate Confirmation and any Broker Carrier Agreement between Arrive and Carrier, this Load-Rate Confirmation shall govern as to the provisions in conflict.

**If this load is a temp-controlled load follow these guidelines:**

1. All temp-controlled loads should be run on continuous.
2. The temperature must follow the Bill Of Lading.
   - If no temperature, please call Arrive immediately.
   - If there are any discrepancies in the Arrive Rate Confirmation and BOL - Please call Arrive immediately. Temp on BOL will prevail.
   Do not dispatch a driver who cannot meet transit time without violating Hours of Service or other safety rules. Nothing in this Rate Confirmation constitutes a request to violate Hours of Service or other safety rules or to coerce a driver to do so.

Broker. Arrive Logistics, LLC

Carrier Signature: _____

Print Name: _____

Driver: _____ Cell #: _____

Truck#: _____ Tllr: _____ Tllr. Type: _____

A Rate Confirmation from Arrive Logistics will only be sent from the following email addresses: @arrivelogistics.com @arrivefresh.com @arvy.us. It is the Carriers responsibility to verify that a Rate Confirmation has come from a legitimate Arrive email prior to accepting a load and performing services; Arrive will not be held responsible for any payments, losses or damages incurred by Carrier or any third party associated with a Rate Confirmation that has not legitimately originated from Arrive.

**NOTE:**By accepting this Rate Confirmation, Carrier warrants and agrees that it will follow all rules and regulations concerning its choice of driver(s), including assigning a driver who can perform the transportation services without violating the Hours of Service of Drivers Regulations contained in 49 CFR 395 applicable at the time of acceptance of the shipment.

**ALTERED**



7701 Metropolis Dr | Bldg 15 Austin, TX 78744

Phone: (888) 861-0650 | Fax: (512) 872-5109

**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

| **Load** | | **Carrier** | | **Truck** | |
|---|---|---|---|---|---|
| **Arrive Order** | 2796890 | **Carrier** | Rocket Expediting LLC | **Equipment** | Van |
| **Cargo Value** | $100,000.00 | | | **Truck Number** | |
| **Total Miles** | 620 Miles | **Attn** | | **Driver** | |
| **Total FloorLoaded** | 67 FloorLoaded | **Phone** | | **Driver Phone** | |
| **Total Weight** | 15000 lbs | **Fax** | | | |
| **Load Type** | Dry | | | | |
| **Load EQ Type** | Van Only | | | | |
| **EQ Size** | 53 ft | | | | |
| **BOL #** | 42683 | | | | |

**Rate Details**

| LineHaul | $1,700.00 |
|---|---|
| **Total** | **$1,700.00** |

**HOW TO GET PAID!**

**All invoices must be emailed to invoices@arrivelogistics.com**

**DOCUMENTS NEEDED**
- **Carrier invoice**
- **All pages of the signed Proof of Delivery (POD)**
- **Rate confirmation**
- **All approved accessorial documents and receipts previously approved by your sales rep**

**PAYMENT TERMS**
- **Default payment terms are Net 30 from the date all required documents are received. You can select standard terms or our QuickPay option of Net-2 for a 2% fee, through TriumphPay.**

**GETTING STARTED ON TriumphPay**
- **Visit https://secure.triumphpay.com/ to create an account with TriumphPay or if you already have a TriumphPay account, enter your login information.**
- **Once logged in, select Arrive Logistics as your broker and confirm the relationship through authentication.**
- **Select your preferred payment term, your payment type, and verify your carrier information.**



7701 Metropolis Dr | Bldg 15 Austin, TX 78744

Phone: (888) 861-0650 | Fax: (512) 872-5109

**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

# Pickup #1

| Pickup Address | Appointment | Ref/PO# | | Commodity | Weight |
|---|---|---|---|---|---|
| Jackson Furniture 1910 King Edward Ave Cleveland, TN 37311 | | **BOL #** | 42683 | Furniture 32 FLOOR LOADED | 7500 lb |
| | **Earliest Date/Time** Mar 30, 2022 07:00 EDT | | | | |
| | **Latest Date/Time** Mar 30, 2022 17:00 EDT | | | | |
| | **Appt. Type** FCFS Confirmed | | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Pickup Notes:**

# Pickup #2

| Pickup Address | Appointment | Ref/PO# | | Commodity | Weight |
|---|---|---|---|---|---|
| JACKSON FURNITURE CATNAPPER 180 INDUSTRIAL LANE Cleveland, TN 37311 | | **BOL #** | 42683 | Furniture 35 FLOOR LOADED | 7500 lb |
| | **Earliest Date/Time** Mar 30, 2022 07:00 EDT | | | | |
| | **Latest Date/Time** Mar 30, 2022 17:00 EDT | | | | |
| | **Appt. Type** FCFS Confirmed | | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Pickup Notes:**

# Delivery #1

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| Elegance Furniture 6945B Florida Blvd Baton Rouge, LA 70806 | | | | |
| | **Earliest Date/Time** Mar 31, 2022 10:00 CDT | | | |
| | **Latest Date/Time** Mar 31, 2022 15:00 CDT | | | |
| | **Appt. Type** FCFS | | | |

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| | Confirmed | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Delivery Notes:**

# Delivery #2

| Delivery Address | Appointment | Ref/PO# | Commodity | Weight |
|---|---|---|---|---|
| GRAUGNARD INC<br>3035 HWY 1 SOUTH<br>Donaldsonville, LA 70346 | **Earliest Date/Time**<br>Mar 31, 2022<br>11:00 CDT<br><br>**Latest Date/Time**<br>Mar 31, 2022<br>17:00 CDT<br><br>**Appt. Type**<br>FCFS<br>Confirmed | | | |

**Driver Instructions:** FCFS APPOINTMENT.

**Delivery Notes:**

**Load Comments** ** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** ** PU #42683 *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED** ** DRIVER MUST BE ABLE TO TAILGATE THE FREIGHT** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********** FAILURE TO INFORM OF LATE PICK UP AND DELIVERY MAY RESULT IN FEE*** ** VERY STRICT PICK UP AND DELIVERY** ** 4 HOURS FREE TIME AT SHIPPERS/CONS FACILITIES ** ** DETENTION REQUESTS MUST BE MADE ON THE DAY OF PICK UP/DELIVERY OR IT WILL NOT BE APPROVED** *********General Vl Inc (GENDEIL2) ******** Usa Cargo Freight (USACHIL2) IS NOT TO BE USED ON ANY JACKSON FURNITURE LOADS!! ********

**Lumper Comments**

**Detention Comments** ** DETENTION REQUEST MUST BE MADE ON THE DAY OF PICK UP OR IT WILL NOT BE APPROVED** ** DETENTION UNDER 4 HOURS WILL NOT BE APPROVED**** 4 HOURS FREE TIME AT SHIPPERS/CONS FACILITIES ** ** DETENTION REQUESTS MUST BE MADE ON THE DAY OF PICK UP/DELIVERY OR IT WILL NOT BE APPROVED**

**All invoices must include signed proof of delivery and supporting documents.**
**Please email to invoices@arrivelogistics.com or send to:**
Arrive Logistics, LLC
7701 Metropolis Dr | Bldg 15
Austin, TX 78744
PH# (888) 861-0650 FAX (512) 872-5109



7701 Metropolis Dr | Bldg 15 Austin, TX 78744
Phone: (888) 861-0650 | Fax: (512) 872-5109
**Have your driver call in for dispatch at (888) 861-0650 ext. 1 and reference the Arrive order 2796890**

All trailers must be absolutely free of all debris of any kind or will be turned away and refused loading. Reasons to reject trailer at loading include, but are not limited to the following: Foul Odors, Broken glass, Metal shavings, Infestation, and mold.

Load locks or 2 straps or a combination of these two options - Mandatory for each load. Drivers will be turned away if noncompliant.

All drivers must arrive 15 minutes prior to their scheduled pick up time at this location. You will be considered late if you arrive less than 15 minutes prior to your pickup appointment.

Drivers must confirm trailer seal on correct trailer door prior to departure

**Operational Rules:**

1. **If a driver is not permitted to confirm (by visual inspection) that the load is secure and the piece count is correct.**
   The driver is required to call Arrive immediately and have this information documented on the BOL with the words - Shipper Load/Count per
   _____ Shipper Signature / Initials.
   **Communication to Arrive must take place PRIOR to the driver leaving the facility.**
2. Do not dispatch a driver who cannot meet transit time without violating Hours of Service or other safety rules. Nothing in this Rate Confirmation constitutes a request to violate Hours of Service or other safety rules or to coerce a driver to do so.
3. This Rate Confirmation is deemed accepted by Carrier unless it is rejected within 48 hours of receipt.
4. Receipt of shipment by Carrier constitutes acceptance of and agreement to the terms of this Rate Confirmation.
5. Double brokering without prior written authorization will result in forfeiture of payment by Arrive to Carrier.
6. Any communication regarding this load must be addressed to Arrive and not its customer.
7. All charges are included in this Rate Confirmation.
8. Carrier must give Arrive notice 1 Hour prior to detention occurring.
9. Carrier agrees in the event there are overages, shortages, or damages, Carrier will contact Arrive�s office to report the discrepancy before leaving the customer�s premises.
10. Payment will be made within thirty (30) days after receipt of invoice, original BOL, and signed Load-Rate Confirmation unless Arrive disputes the invoice or any part thereof.
11. Freight must not be handled or trans loaded by Carrier without approval from Arrive. In the event of Carrier�s violation of this Operational Rule, the limitation of liability as to cargo loss or damage set forth in the Broker Carrier Agreement between Arrive and Carrier shall be voided and payment by Arrive to Carrier shall be forfeited by Carrier.
12. Carrier or its agent certifies that any Transportation Refrigeration Unit (TRU or reefer) equipment furnished will be in compliance with the in-use requirements of the California TRU regulations.
13. This Rate Confirmation incorporates the terms and conditions of a Broker Carrier Agreement signed by Arrive and Carrier.
14. In the event of a conflict between this Rate Confirmation and any Broker Carrier Agreement between Arrive and Carrier, this Load-Rate Confirmation shall govern as to the provisions in conflict.

**If this load is a temp-controlled load follow these guidelines:**

1. All temp-controlled loads should be run on continuous.
2. The temperature must follow the Bill Of Lading.
   - If no temperature, please call Arrive immediately.
   - If there are any discrepancies in the Arrive Rate Confirmation and BOL - Please call Arrive immediately. Temp on BOL will prevail.
   Do not dispatch a driver who cannot meet transit time without violating Hours of Service or other safety rules. Nothing in this Rate Confirmation constitutes a request to violate Hours of Service or other safety rules or to coerce a driver to do so.

Broker. Arrive Logistics, LLC

Carrier Signature: _____

Print Name: _____

Driver: _____ Cell #: _____

Truck#: _____ Tllr: _____ Tllr. Type: _____

A Rate Confirmation from Arrive Logistics will only be sent from the following email addresses: @arrivelogistics.com @arrivefresh.com @arvy.us. It is the Carriers responsibility to verify that a Rate Confirmation has come from a legitimate Arrive email prior to accepting a load and performing services; Arrive will not be held responsible for any payments, losses or damages incurred by Carrier or any third party associated with a Rate Confirmation that has not legitimately originated from Arrive.

**NOTE:**By accepting this Rate Confirmation, Carrier warrants and agrees that it will follow all rules and regulations concerning its choice of driver(s), including assigning a driver who can perform the transportation services without violating the Hours of Service of Drivers Regulations contained in 49 CFR 395 applicable at the time of acceptance of the shipment.