# EXHIBIT J

## FLSA CONSENT FORM

      I hereby consent to be part of the lawsuit against Defendants Super Ego Holding LLC, Floyd Inc., Kordun Express Inc., Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, Rex Trucking Inc., Aleksandar Mimic and such other Defendants who may be added to the case in the future. I understand that the lawsuit alleges minimum wage violations under the Fair Labor Standards Act. I hereby give consent to the law firms of Hughes, Socol, Piers, Resnick & Dym Ltd. and Star Law Offices, LLC to bring suit on my behalf.

Eugene Walker

DocuSigned by:
*Eugene W Walker*
14E60979828C4A5...
Signature

11/5/2022
Date

# FLSA CONSENT FORM

I hereby consent to be part of the lawsuit against Defendants Super Ego Holding LLC, Floyd Inc., Kordun Express Inc., Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, Rex Trucking Inc., Aleksandar Mimic and such other Defendants who may be added to the case in the future. I understand that the lawsuit alleges minimum wage violations under the Fair Labor Standards Act. I hereby give consent to the law firms of Hughes, Socol, Piers, Resnick & Dym Ltd. and Star Law Offices, LLC to bring suit on my behalf.

Terrill Clay

DocuSigned by:
*[signature: Terrill Clay]*
F905895FD06D410...
Signature

11/5/2022
Date

## FLSA CONSENT FORM

      I hereby consent to be part of the lawsuit against Defendants Super Ego Holding LLC, Floyd Inc., Kordun Express Inc., Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, Rex Trucking Inc., Aleksandar Mimic and such other Defendants who may be added to the case in the future. I understand that the lawsuit alleges minimum wage violations under the Fair Labor Standards Act. I hereby give consent to the law firms of Hughes, Socol, Piers, Resnick & Dym Ltd. and Star Law Offices, LLC to bring suit on my behalf.

Larry Atkinson

_DocuSigned by:_
_[signature]_
_218D1C8C1E8D446..._
Signature

11/4/2022
Date

# FLSA CONSENT FORM

      I hereby consent to be part of the lawsuit against Defendants Super Ego Holding LLC, Floyd Inc., Kordun Express Inc., Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, Rex Trucking Inc., Aleksandar Mimic and such other Defendants who may be added to the case in the future. I understand that the lawsuit alleges minimum wage violations under the Fair Labor Standards Act. I hereby give consent to the law firms of Hughes, Socol, Piers, Resnick & Dym Ltd. and Star Law Offices, LLC to bring suit on my behalf.

Charles Cross

_____
Signature

11/4/2022
_____
Date

# FLSA CONSENT FORM

      I hereby consent to be part of the lawsuit against Defendants Super Ego Holding LLC, Floyd Inc., Kordun Express Inc., Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, Rex Trucking Inc., Aleksandar Mimic and such other Defendants who may be added to the case in the future. I understand that the lawsuit alleges minimum wage violations under the Fair Labor Standards Act. I hereby give consent to the law firms of Hughes, Socol, Piers, Resnick & Dym Ltd. and Star Law Offices, LLC to bring suit on my behalf.

Jason Greene

_____
Signature

11/4/2022
_____
Date