# EXHIBIT K

Rocket Expediting LLC
1520 OLD HENDERSON RD SUITE 100B
Columbus, OH 43220
Phone #: (402)282-8443
Fax #: (855)663-2345

Statement
LARRY ATKINSON
3/25/2022
Unit #6472
(LARRY ATKINSON, VINCENT JONES)

**LARRY ATKINSON**

**Lithonia, GA 30058**

### Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|----------|-------------|---------|----------------|------|--------|
| 226789 | San Antonio, TX-Marion, IL | 882 | $2500.00 | 03/07/2022 | **$2,200.00** |
| 227034 | Madisonville, KY-Fort Lupton, CO | 1055 | $3300.00 | 03/09/2022 | **$2,904.00** |
| 228307 | Spring Hill, KS-Newnan, GA | 814 | $2300.00 | 03/11/2022 | **$2,024.00** |
| | | | | **Total:** | **$7,128.00** |

### Advances and Deductions :

| Description | Date | Amount |
|-------------|------|--------|
| Payment plan - 5 | 03/23/2022 | ($600.00) |
| 03/06/2022  EFS Lumper + 10$ fee | 03/23/2022 | ($175.00) |
| | **Total:** | **($775.00)** |

### Scheduled Deductions :

| Description | Date | Amount |
|-------------|------|--------|
| Cargo Insurance | 03/21/2022 | ($250.00) |
| Trailer Rent | 03/21/2022 | ($225.00) |
| Payment - 34 | 03/21/2022 | ($650.00) |
| | **Total:** | **($1,125.00)** |

### Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|-------------|------|-----|---------|----------|-------------|-----------|------|--------|
| Fuel - NEW BRAUNFEL, TX | NEW BRAUNFEL | TX | 48.34 | $236.81 | $0.00 | $0.00 | 03/07/2022 | ($236.81) |
| Fuel - DALLAS, TX | DALLAS | TX | 77.07 | $377.58 | $0.00 | $50.62 | 03/07/2022 | ($428.20) |
| Fuel - SULPHUR SPRI, TX | SULPHUR SPRI | TX | 66.17 | $324.19 | $0.00 | $0.00 | 03/07/2022 | ($324.19) |
| Fuel - MARION, IL | MARION | IL | 54.40 | $280.63 | $0.00 | $0.00 | 03/08/2022 | ($280.63) |
| Fuel - HAUBSTADT, IN | HAUBSTADT | IN | 36.99 | $203.41 | $0.00 | $0.00 | 03/09/2022 | ($203.41) |
| Cash advance | HAUBSTADT | IN | 0.00 | $0.00 | $50.00 | $0.00 | 03/09/2022 | ($51.00) |
| Fuel - EAST ST. LOU, IL | EAST ST. LOU | IL | 68.33 | $368.90 | $0.00 | $0.00 | 03/09/2022 | ($368.90) |
| Fuel - CUNNINGHAM, KS | CUNNINGHAM | KS | 84.04 | $436.07 | $0.00 | $0.00 | 03/10/2022 | ($436.07) |
| Fuel - AURORA, CO | AURORA | CO | 87.76 | $447.49 | $0.00 | $13.56 | 03/10/2022 | ($461.05) |
| Fuel - KANSAS CITY, MO | KANSAS CITY | MO | 61.94 | $309.61 | $0.00 | $41.36 | 03/11/2022 | ($350.97) |

| | |
|---|---|
| **Total:** | **($3,141.23)** |

| | |
|---|---|
| **Check Amount:** | **$2,086.77** |