# EXHIBIT L

Rocket Expediting LLC
1520 OLD HENDERSON RD SUITE 100B
Columbus, OH 43220
Phone #: (402)282-8443
Fax #: (855)663-2345

# Statement

8/12/2022
Unit #0518
(CHARLES CROSS)

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 284248 | Springfield, MO-Shepherdsville, KY | 496 | $1200.00 | 08/01/2022 | **$1,056.00** |
| 284879 | Frankfort, KY-Vance, AL | 431 | $1200.00 | 08/02/2022 | **$1,056.00** |
| 285292 | Montgomery, AL-Wytheville, VA | 507 | $1600.00 | 08/03/2022 | **$1,408.00** |
| 285733 | Covington, VA-Hazleton, PA | 360 | $1250.00 | 08/04/2022 | **$1,100.00** |
| 286833 | Covington, VA-Elk Grove Village, IL | 643 | $1500.00 | 08/06/2022 | **$1,320.00** |
| | | | | **Total:** | **$5,940.00** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Truck payment - 1 | 08/11/2022 | ($550.00) |
| Trailer rent | 08/11/2022 | ($225.00) |
| Cargo insurance | 08/11/2022 | ($250.00) |
| ELD Enrolment fee | 08/12/2022 | ($99.99) |
| Permits | 08/12/2022 | ($30.00) |
| Tires and brakes maintenance trailer #005487, 08/10/2022 | 08/15/2022 | ($1,500.00) |
| Super Ego repair Invoice #5172 - 1 | 08/15/2022 | ($150.00) |
| | **Total:** | **($2,804.99)** |

## Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - SPRINGFIELD, MO | SPRINGFIELD | MO | 123.56 | $600.39 | $0.00 | $20.08 | 08/01/2022 | ($620.47) |
| Fuel - FRANKLIN, KY | FRANKLIN | KY | 80.06 | $400.20 | $0.00 | $0.00 | 08/03/2022 | ($400.20) |
| Fuel - RISING FAWN, GA | RISING FAWN | GA | 78.45 | $400.01 | $0.00 | $0.00 | 08/03/2022 | ($400.01) |
| Fuel - RAPHINE, VA | RAPHINE | VA | 77.13 | $401.02 | $0.00 | $46.97 | 08/05/2022 | ($447.99) |
| Fuel - TOMS BROOK, VA | TOMS BROOK | VA | 162.54 | $845.05 | $0.00 | $15.10 | 08/06/2022 | ($860.15) |
| Fuel - EATON, OH | EATON | OH | 74.39 | $394.17 | $0.00 | $16.45 | 08/07/2022 | ($410.62) |
| | | | | | | | **Total:** | **($3,139.44)** |

**Check Amount:** **($4.43)**