# EXHIBIT
# M

Haidar Dawood LLC
20 S 3RD ST SUITE 210
Columbus, OH 43215
Phone #: (380)444-5871

# Statement
TERRELL CLAY
9/9/2022
Unit #34734
(TERRILL CLAY)

**TERRELL CLAY**
[redacted]
**Chicago, IL 60619**

**Trips :**

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 297330 | Lawrenceville, GA-Somerset, KY | 287 | $800.00 | 09/01/2022 | **$704.00** |
| 297489 | Lexington, KY-Indianapolis, IN | 183 | $550.00 | 09/02/2022 | **$484.00** |
| | | | | **Total:** | **$1,188.00** |

**Advances and Deductions :**

| Description | Date | Amount |
|---|---|---|
| Payment - 8 | 09/06/2022 | ($300.00) |
| Cargo Insurance | 09/06/2022 | ($250.00) |
| Trailer rent | 09/06/2022 | ($225.00) |
| | **Total:** | **($775.00)** |

**Fuel Card :**

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - EMPORIA, KS | EMPORIA | KS | 94.49 | $481.81 | $0.00 | $0.00 | 08/29/2022 | ($481.81) |
| Fuel - RISING FAWN, GA | RISING FAWN | GA | 54.92 | $280.03 | $0.00 | $30.00 | 08/30/2022 | ($310.03) |
| Cash advance | TALLAPOOSA | GA | 0.00 | $0.00 | $50.00 | $0.00 | 08/31/2022 | ($51.00) |
| Fuel - WILLIAMSBURG, KY | WILLIAMSBURG | KY | 69.63 | $362.00 | $0.00 | $0.00 | 09/02/2022 | ($362.00) |
| Fuel - WADDY, KY | WADDY | KY | 69.32 | $367.32 | $0.00 | $22.18 | 09/03/2022 | ($389.50) |
| | | | | | | | **Total:** | **($1,594.34)** |

| | |
|---|---|
| **Check Amount:** | **($1,181.34)** |