# EXHIBIT

# N

super
ego
HOLDING
Rocket
EXPEDITING LLC
USDOT 2356464
ELD x ONE
T680
IFTA

super
ego
HOLDING
Truck·Trailer
Lease·Repair
superegoholding.com
0783
floyd
108145
SUPER
ego

super
ego
HOLDING
230672
SUPER
ego
Kordun
express inc

