# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDINGS, LLC, FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING, LLC, JORDAN HOLDINGS, INC. d/b/a JHI TRANSPORT, REX TRUCKING, INC., HAIDAR DAWOOD LLC, and ALEKSANDAR MIMIC,<br><br>Defendants. | Case No. 1:22-cv-04127<br><br>Honorable Martha M. Pacold |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants, Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood, LLC and Aleksandar Mimic, respectfully request that the Court dismiss Counts I, II, and III of Plaintiffs' First Amended Class and Collective Action Complaint, ECF No. 21, in whole and Counts VI and VII of Plaintiffs' First Amended Class and Collective Action Complaint in part, with prejudice. In support of its motion, Defendants submit an accompanying Memorandum in Support of its Motion to Dismiss which more fully sets forth the reasons justifying dismissal of these claims with prejudice.

The parties previously conferred, and Plaintiffs intend to oppose the motion. ECF Nos. 16, 19. Pursuant to the parties' agreed briefing schedule and the Court's order (ECF No. 19):

- Plaintiffs' Opposition to Motion to Dismiss First Amended Class and Collective Action Complaint is due December 21, 2022.

- Defendants' reply in Support of Motion to Dismiss is due January 13, 2023.

Dated: November 30, 2022      Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200
Fax: 312-422-1224
candrewscavage@scopelitis.com

*Attorney for Defendants,*
*Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood LLC and Aleksandar Mimic*

4861-6642-1312, v. 3