## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Larry Atkinson, et al.

                        Plaintiff,

v.                                        Case No.: 1:22–cv–04127
                                                Honorable Martha M. Pacold

Super Ego Holding, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiffs filed a first amended complaint in response to the 10/17/2022 motion [16] to dismiss the original complaint. Defendants filed a motion to dismiss the first amended complaint. [23]. Briefing schedule previously set [19] stands. The motion to dismiss the original complaint [16] is denied as moot. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.