# EXHIBIT A

Case: 1:22-cv-04127 Document #: 26-1 Filed: 12/21/22 Page 2 of 2 PageID #:307

