IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDING LLC; FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING LLC, JORDAN HOLDINGS, INC. d/b/a/ JHI TRANSPORT; REX TRUCKING, INC., HAIDAR DAWOOD LLC; and ALEKSANDAR MIMIC<br><br>Defendants. | Case No. 22-cv-04127<br><br>Hon. Martha Pacold |

**JOINT MOTION TO STAY DISCOVERY PENDING MEDIATION**

Plaintiffs and Defendants, through their attorneys, ask the Court to stay formal discovery in this case pending the parties' private mediation. The parties state in support as follows:

1. Plaintiffs filed this putative class action lawsuit on August 5, 2022. ECF No. 1. They filed an Amended Complaint on November 7, 2022. ECF No. 21.

2. On November 30, 2022, Defendants filed their motion to dismiss pursuant to Rule 12(b)(6). ECF No. 23. That motion is now fully briefed and awaits the Court's ruling.

3. Recently, the parties agreed to participate in a private mediation with Professor Lynn Cohn of Northwestern Law School. The mediation is scheduled for May 2, 2023, and Defendants have agreed to produce by March 1, 2023, certain discovery needed for that mediation. The parties also agreed to toll the statute of limitations on Plaintiffs' and putative class members' FLSA claims. *See* Exhibit A (Tolling Agreement).

  4. To conserve resources, the parties ask the Court to stay all discovery while the parties focus on trying to resolve their dispute.

  5. The parties make this request in good faith and not for purposes of delay.

WHEREFORE, the parties ask the Court to grant their motion and stay discovery pending their May 2, 2023 mediation.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher J. Wilmes | /s/ Charles Andrewscavage |
| *One of the Attorneys for the Plaintiffs* | *One of the Attorneys for the Defendants* |

Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn C. Lederer
clederer@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
Hughes Socol Piers Resnick & Dym
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100

James Stark
jstark@framewills.com
Stark Law Offices, LLC
110 W Roosevelt Rd.
Wheaton, IL 60187
(708) 228-1017

Donald W. Devitt
ddevitt@scopelitis.com
Charles Andrewscavage
candrewscavage@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
(312) 255-7200

CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2023, I electronically filed the attached JOINT MOTION TO STAY DISCOVERY PENDING MEDIATION with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Donald W. Devitt
ddevitt@scopelitis.com
Charles Andrewscavage
candrewscavage@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C
30 W. Monroe St., Ste. 1600
Chicago, IL 60603
(312) 255-7200
Attorneys for Defendant

      Respectfully submitted,

      /s/ Christopher J. Wilmes
      One of the Attorneys for Plaintiffs