# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER EGO HOLDING LLC; FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING LLC, JORDAN HOLDINGS, INC. d/b/a/ JHI TRANSPORT; REX TRUCKING, INC., HAIDAR DAWOOD LLC; and ALEKSANDAR MIMIC<br><br>Defendants. | Case No. 22-cv-04127<br><br>Hon. Martha Pacold |

## **STIPULATION AND TOLLING AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. This Stipulation and Tolling Agreement ("Agreement") is made between Larry Atkinson, Eugene Walker, Jason Greene, Giovanni Williams, Charles Cross, and Terrill Clay on ("Plaintiffs") and Super Ego Holding LLC, Floyd Inc., Kordun Express Inc. Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, and Aleksander Mimic ("Defendants")

2. Plaintiffs and Defendants are discussing possible settlement of the above-captioned lawsuit (the "Action") and have scheduled a mediation for May 2, 2023.

3. While these settlement discussions are ongoing, the parties have agreed to stay

formal discovery and have further agreed not to immediately incur the parties' and courts' resources of briefing conditional certification of Plaintiffs' Fair Labor Standards Act ("FLSA") claims.

      4.      The parties agree and stipulate that this Agreement is intended to protect the rights of all Putative FLSA Collective Members. The term "Putative FLSA Collective Member" is defined as: any individual or entity who signed an independent contractor agreement with any of the Defendants and drove their own loads for Defendants during the time period from November 7, 2019.

      5.      The parties agree and acknowledge that the statute of limitations on any claim under the FLSA shall be tolled and not run from January 4, 2023 until three (3) days after the date the parties' mediation is completed ("Tolled Period"), for any Putative FLSA Collective Member who opts in to this Action by filing a written consent pursuant to 29 U.S.C. § 216(b). Subject to the language above, none of the Defendants shall put forward, assert or rely upon the Tolled Period as a limitations bar or laches or for any other purpose to defeat a claim under the FLSA by any Putative FLSA Collective Member who opts in to the above-captioned case by filing a proper and timely written consent pursuant to 29 U.S.C. § 216(b). The parties may rely upon this Agreement only to enforce its terms. The Agreement cannot be introduced, used, admitted, or referred to in any judicial or other legal proceeding for any purpose whatsoever, other than for the purpose of enforcing the terms hereof.

      6.      The parties enter into this Agreement in order to engage in good faith settlement negotiations.

7. Each counsel executing this Agreement represents and warrants that he has been authorized to enter into this Agreement on behalf of the party on whose behalf he signed and that the signatory has full and complete authority to do so.

| | |
|---|---|
| One of the Attorneys for Plaintiffs Atkinson, Walker, Greene, Williams, Cross, and Clay: | One of the Attorneys for Super Ego Holding LLC, Floyd Inc., Kordun Express Inc. Rocket Expediting LLC, Jordan Holdings, Inc. d/b/a JHI Transport, Haidar Dawood LLC, and Aleksander Mimic: |
| /s/ Christopher Wilmes<br>Christopher J. Wilmes<br>Caryn C. Lederer<br>Emily R. Brown<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>Three First National Plaza, Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100 | /s/ Chip Andrewscavage<br>Chip Andrewscavage<br>Scopelitis, Garvin, Light, Hanson & Feary, P.C.<br>10 West Market Street, Suite 1500<br>Indianapolis, IN 46204<br>317-637-1777 |