# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Larry Atkinson, et al.

                       Plaintiff,

v.                                         Case No.: 1:22–cv–04127
                                         Honorable Martha M. Pacold

Super Ego Holding, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Parties' joint motion to stay discovery pending mediation [29] is granted. The parties are directed to file a joint status report by 5/5/2023 updating the court on the status of mediation. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.