IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUPER EGO HOLDINGS, LLC, FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING, LLC, JORDAN HOLDINGS, INC. d/b/a JHI TRANSPORT, REX TRUCKING, INC., HAIDAR DAWOOD LLC, and ALEKSANDAR MIMIC,<br><br>   Defendants. | Case No. 1:22-cv-04127<br><br>Honorable Martha M. Pacold |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Defendants, Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood, LLC and Aleksandar Mimic (collectively "Defendants") by their undersigned attorney, respectfully move this Court for the entry of an Order granting leave for Charles Andrewscavage and Donald W. Devitt (Counsel) of the law firm of Scopelitis, Garvin, Light, Hanson, & Feary, P.C. to withdraw as counsel of record for Defendants and state as follows:

1. Counsel filed their appearances in this matter on August 26, 2022.

2. Counsel seek to withdraw their representation from this matter because Counsel has determined that they are no longer able to continue to represent Defendants.

3. Counsel has notified Defendants of their intent to withdraw in this matter, and Defendants have consented to the withdrawal.

4. Withdrawal of Counsel can be accomplished without material adverse effects on the interests of the client. The Parties are engaged in settlement negotiations and had previously scheduled a mediation for May 2, 2023. But the Parties recently had to cancel that mediation. Given that the case is in the earliest stages of litigation, Defendants will have time to obtain new counsel.

5. Defendants request 30 days to find replacement counsel.

6. Plaintiff will suffer no prejudice upon the withdrawal of Counsel from this matter and the substitution of new counsel for Defendants.

7. This motion is made in good faith and is not made for the purposes of delay.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion for Leave to Withdraw as Counsel.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Charles Andrewscavage*
Charles Andrewscavage
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone: 312-255-7200
Fax: 312-422-1224
candrewscavage@scopelitis.com

*Attorney for Defendants,*
*Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood LLC and Aleksandar Mimic*

4861-7526-0511, v. 6