06/12/15

# United States District Court
## Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:22-cv-04127

**Case Title**: ATKINSON, et al. v. Super Ego Holdings, LLC, et al.

**Judge**: Honorable Martha M. Pacold

**Name of Attorney submitting the motion to withdraw**:
Charles Andrewscavage and Donald W. Devitt

**Name of Client**: Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood, LLC and Aleksandar Mimic

**Mailing address of Client**: 677 N. Larch Avenue

**City:** Elmhurst **State:** Illinois

**Zip:** 60126 **Telephone Number:** (630) 506-8869

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _/s/ Charles Andrewscavage_

**Date:** April 28, 2023