IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDING LLC; FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING LLC, JORDAN HOLDINGS, INC. d/b/a/ JHI TRANSPORT; REX TRUCKING, INC., HAIDAR DAWOOD LLC; and ALEKSANDAR MIMIC<br><br>Defendants. | Case No. 22-cv-04127<br><br>Hon. Martha Pacold |

## STATUS REPORT[1]

The parties respectfully submit the following joint status report pursuant to the Court's February 7, 2023 Minute Entry. Dkt. 30.

As the parties previously reported, they had scheduled a mediation for May 2, 2023. Days before the mediation, the parties agreed to reschedule the date because Defendants were unable to produce the data Plaintiffs needed to formulate a class demand. Immediately thereafter, however, Defense counsel advised Plaintiffs' counsel that it intended to file a motion to withdraw their appearance. Defendants have now filed their motion to withdraw and the Court has set the motion

---

[1] Plaintiffs have conferred with current Defense counsel and agreed that it more is appropriate for Plaintiffs to file this status report given Defense counsel's pending motion to withdraw.

for hearing on May 12, 2023. Dkt. 31, 32.

In light of these developments, the parties have not rescheduled the mediation and Plaintiffs plan to resume actively litigating the case. Defendants' general counsel has advised Plaintiffs that Defendants intend to retain new counsel and are continuing to gather the data Plaintiffs said they need in order to make a class demand and mediate this case. The parties will update the Court of any additional developments at the May 12 motion hearing.

Date: May 5, 2023

Respectfully submitted,

/s/ Emily R. Brown
*One of the Attorneys for the Plaintiffs*

Christopher J. Wilmes
cwilmes@hsplegal.com
Caryn Lederer
clederer@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Ste. 4000
Chicago, IL 60602
(312) 580-0100