## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, EUGENE WALKER, JASON GREENE, GIOVANNI WILLIAMS, CHARLES CROSS, and TERRILL CLAY, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>SUPER EGO HOLDING LLC; FLOYD, INC., KORDUN EXPRESS, INC., ROCKET EXPEDITING LLC, JORDAN HOLDINGS, INC. d/b/a/ JHI TRANSPORT; REX TRUCKING, INC., HAIDAR DAWOOD LLC; and ALEKSANDAR MIMIC,<br><br>          Defendants. | Case No. 22-cv-04127<br><br>Honorable Martha Pacold |

## JOINT STATUS REPORT

Pursuant to the Court's May 11, 2023 Order (D.E. 35), Plaintiffs and Defendants submit the following joint status report:

As previously reported, the parties have agreed to mediate this matter. *See* D.E. 33. Defendants remain interested in mediation. Plaintiffs have also agreed to mediate. Plaintiffs have conditioned their agreement to mediate on Defendants' production of certain load and payment documentation going back for a period of several years. Plaintiffs contend that they need the documents to reasonably estimate damages for putative class members.

Defendants, when represented by prior counsel, had agreed in December 2022 to produce these materials prior to the mediation previously scheduled for May 2, 2023. Defendants subsequently informed Plaintiffs' counsel that the collection and production of the requested information required substantially more time and resources than originally anticipated.

Defendants recently changed counsel. Defendants have already produced some of the requested information and are currently in the process of collecting and producing the remaining information. On June 12, 2023, Plaintiffs requested additional (and new) information not previously requested by Plaintiffs in connection with the mediation. Defendants will complete the production of previously requested materials by mid-August. With respect to the newly requested information, Defendants' counsel will confer with their clients and notify Plaintiffs of Defendants' position by June 20, 2023. Due to the change of counsel, the nature of the requests, and the significant time and effort involved in responding to the Plaintiffs' requests for production, the parties intend to reschedule the mediation for late August or early September 2023. This would also allow Defendants' new counsel sufficient time to review and analyze the relevant files, documents, communications, and information and produce that information to Plaintiffs. Additionally, it would allow Defendants' new counsel the opportunity to fully evaluate the case and engage in mediation in a more meaningful manner that would more likely lead to a resolution of the case.[1]

Plaintiffs have agreed to reschedule the mediation and, pending the Court's approval, continue the discovery stay, provided that Defendants timely produce the agreed data by mid-August. To avoid any further delay given that the stay originally began February 2023, Plaintiffs respectfully request that the Court set a status hearing for the week of August 21, 2023 to assess the status of Defendants' production and determine whether to continue the discovery stay.

---

[1] Defendants have informed Plaintiffs that they are agreeable to mediating earlier, if Plaintiffs would be willing to forego the production of all of the information they requested in advance of mediation. Since Plaintiffs need the information to adequately formulate a class-wide demand, they have declined to proceed to mediation without the requested data—which constitutes a subset of the materials requested in formal discovery requests Plaintiffs issued to Defendants on December 16, 2022.

In the next three weeks, Plaintiffs also intend to file their motion for conditional certification of their claims under the Fair Labor Standards Act (Complaint, Count VI) to accommodate putative class members who wish to formally opt-in to the FLSA claims. Plaintiffs are amenable to staying the briefing schedule on that motion.

Dated: June 13, 2023

Respectfully submitted,

| | |
|---|---|
| **HUGHES SOCOL PIERS RESNICK & DYM, LTD**. | **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP** |
| s/ *Caryn C. Lederer* | s/ *Paul A. Del Aguila* |
| Christopher J. Wilmes | Margo Wolf O'Donnell (6225758) |
| cwilmes@hsplegal.com | Paul A. Del Aguila (6277356) |
| Caryn Lederer | Patrick Alexander Ehler (6341583) |
| clederer@hsplegal.com | 71 S. Wacker Drive, Suite 1600 |
| Emily R. Brown | Chicago, Illinois 60606 |
| ebrown@hsplegal.com | Telephone: 312.212.4949 |
| 70 W. Madison St., Ste. 4000 | Facsimile: 312.767.9192 |
| Chicago, IL 60602 | Email: modonnell@beneschlaw.com |
| 312.580.0100 | pdelaguila@beneschlaw.com |
| | paehler@beneschlaw.com |
| *Attorneys for the Plaintiffs* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Joint Status Report was filed electronically with the Clerk of the Court by using the CM/ECF system and served electronically upon all parties to this matter through the Court's ECF system on June 13, 2023.

*/s/ Paul A. Del Aguila*