# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Atkinson, et al. v. Super Ego Holdings LLC, et al.          Case Number: 22-cv-04127

An appearance is hereby filed by the undersigned as attorney for:

Super Ego Holding LLC; Floyd, Inc; Kordun Express, Inc; Rocket Expediting LLC; Jordan Holdings Inc; Rex Trucking Inc; Haidar Dawood LLC; and Alexsandar Mimic

Attorney name (type or print): David M. Krueger

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 127 Public Square, Suite 4900

City/State/Zip: Cleveland, OH 44114

Bar ID Number: 0085072
(See item 3 in instructions)                          Telephone Number: 216-363-4500

Email Address: dkrueger@beneschlaw.com

Are you acting as lead counsel in this case?          [✓] Yes    [ ] No

Are you acting as local counsel in this case?          [ ] Yes    [✓] No

Are you a member of the court's trial bar?          [ ] Yes    [✓] No

If this case reaches trial, will you act as the trial attorney?          [✓] Yes    [ ] No

If this is a criminal case, check your status.          [ ] Retained Counsel

[ ] Appointed Counsel
If appointed counsel, are you

[ ] Federal Defender

[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 5, 2024

Attorney signature:          S/ David M. Krueger

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015