**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY ATKINSON, et al. | |
| Plaintiffs, | Case No. 22-cv-04127 |
| v. | |
| SUPER EGO HOLDING LLC, et al. | Hon. Martha Pacold |
| Defendants. | |

**DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFFS'**
**SECOND AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Super Ego Holdings, LLC, Floyd, Inc., Kordun Express, Inc., Rocket Expediting, LLC, Jordan Holdings, Inc., Rex Trucking, Inc., Haidar Dawood LLC, Twin Carrier, LLC, Windy City National Trans Inc., Trytime Transport LLC, and Aleksandar Mimic (collectively, "Defendants") respectfully request that the Court dismiss with prejudice Counts III, IV, and V of Plaintiffs' Second Amended Class and Collective Action Complaint ("SAC") in whole and dismiss with prejudice Counts I, II, VI, and VII of the SAC in part for Plaintiffs' failure to state a claim. In support of their Motion, Defendants submit an accompanying Memorandum in Support that more fully sets forth the reasons justifying dismissal of these claims with prejudice.

Pursuant to the Court's August 21, 2024 Minute Entry, the Court has entered the following agreed deadlines for the Parties' additional briefs in relation to this Motion:

- Plaintiffs' Response in Opposition is due on or before November 13, 2024; and

- Defendants' Reply Brief in Support is due on or before November 27, 2024.

Dated: October 14, 2024

Respectfully Submitted,

/s/ *David M. Krueger*
Margo Wolf O'Donnell (6225758)
modonnell@beneschlaw.com
David M. Krueger (OH #0085072)
dkrueger@beneschlaw.com
Jordan J. Call (6340589)
jcall@beneschlaw.com
P. Alexander Ehler (6341583)
paehler@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
T: 312.212.4982, F: 312.767.9192
*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT to be served upon all parties by this Court's ECF system, this 14th day of October 2024.

                                              /s/ David M. Krueger
                                              DAVID M. KRUEGER
                                              *One of the Attorneys for Defendants*