**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| LARRY ATKINSON, et al., | |
| Plaintiffs, | Case No. 22-cv-04127 |
| v. | Hon. Martha Pacold |
| SUPER EGO HOLDINGS, LLC, et al., | Hon. Magistrate M. David Weisman |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY-
RELATED DEADLINE**

Defendants respectfully request this Court grant a two-day extension until November 8, 2024 of the deadline designated in the Court's recent October 31, 2024 Minute Entry for Defendants to amend their supplemental interrogatory responses and to respond to Plaintiffs' custodian sampling proposal. In support of this motion, Defendants state as follows:

1.      On October 31, 2024, the Court entered a minute entry related to the discovery deadline, providing in part for Defendants to amend their supplemental interrogatory response and to respond to Plaintiffs' custodian sampling proposal by November 6, 2024.

2.      In order to make any amendments as appropriate to their supplemental interrogatory responses and to respond to Plaintiffs' custodian sampling proposal, Defendants are still engaged in the process of collecting relevant information and request a two-day extension of the aforementioned deadline, until November 8, 2024.

3.      The requested extension of two days will not prejudice either party, nor will it affect other existing case deadlines.

4.       Counsel for Defendants has contacted counsel for Plaintiffs regarding this request, and counsel for Plaintiffs has indicated that they do not oppose the requested extension.

1

5.      This motion is brought in good faith and without the intent of delaying these

proceedings.

WHEREFORE, Defendants respectfully request that the Court extend the aforementioned

deadline to November 8, 2024 for Plaintiffs to amend their supplemental interrogatory responses

and to respond to Plaintiffs' custodian sampling proposal.

Dated: November 6, 2024

Respectfully submitted,

/s/ *David Krueger*
*One of the Attorneys for the Defendants*
Margo Wolf O'Donnell
modonnell@beneschlaw.com
David Krueger
DKrueger@beneschlaw.com
Jordan J. Call
JCall@beneschlaw.com
P. Alexander Ehler
paehler@beneschlaw.com
**Benesch, Friedlander, Coplan & Aronoff**
**LLP**
71 S. Wacker Drive, Ste. 1600
Chicago, IL 60606-2211
Telephone: 312.212.4982
Facsimile: 312.767.9192

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that they caused a true and correct copy of the foregoing to be served upon all parties by this Court's ECF system, this 6th day of November 2024.

/s/ David M. Krueger
DAVID M. KRUEGER
*One of the Attorneys for Defendants*