# EXHIBIT
# A

| | |
|---|---|
| **From:** | Casey Homrich ████████████ |
| **Sent:** | Tuesday, May 16, 2023 10:02 PM |
| **To:** | Super Ego Lawsuit |
| **Subject:** | Fw: SUPER EGO HOLDING - LEASE TO PURCHASE OFFER |

Here

[Sent from Yahoo Mail on Android](#)

----- Forwarded Message -----
**From:** "Sam Adams" <samadams@floydlogistics.com>
**To:** ████████████████
**Sent:** Sun, May 14, 2023 at 7:48 AM
**Subject:** SUPER EGO HOLDING - LEASE TO PURCHASE OFFER



# SUPER EGO HOLDING
# LEASE TO PURCHASE PROGRAMS

*With over **3000 trucks** and **3000 trailers**, Super Ego Holding is the biggest trucking company in Chicago. We cover all 48 states, but there is no forced dispatch - You will choose the areas where you run, specify the types of load you want to pull, and the best part- whether it Monday-Friday/ the weekend and for however long - your home is totally up to you - You even get to bring the truck with you!*

***No balloon payment!***
*- Once the contract is finished, the vehicle/trailer is yours, with no extra payment needed!*

***Highest pay in the market!***
*- We pay the driver a whopping **88%** of the load, the dispatch and accounting commission fee is only 12%*

***No forced dispatch!***
*- We cover all 48 states, but you choose the areas where you run.*
*-Get a confirmation rate for every load with full detail transparency before you accept a load. If you reject a load you're uncomfortable with, you will get offered another one in a matter of minutes.*
*- Totally flexible home-time - Your home time is your business! Whether it's monday- friday or the weekends and for however long. Use this superpower visely!*

*Walk away Lease!*
*- Our company is totally test friendly, you can try us for yourself and determine if we are a good match for you, if not - you can just return the vehicle to the yard and break the contract without any penalties.*

# TRUCKS

### *LEASE TO BUY TRUCKS 2018 - 2021:*

*0 down payment trucks:*
**2018 PETERBILT 579**
$550 WEEKLY 3.5 YEARS PAY OFF TIME, $0 DOWN!

**2019 INTERNATIONAL PROSTAR LT625**
$300 WEEKLY 3.5 YEARS PAY OFF TIME, $0 DOWN!

**2020 INTERNATIONAL PROSTAR LT625:**
$400 WEEKLY 3.5 YEARS PAY OFF TIME, $0 DOWN!
*All Internationals are guaranteed to have a Cummins engine

*2020-2021* **FREIGHTLINERS, KENWORTHS, VOLVOS**
If they have over 100.000 miles - 650$ a week, 192 weeks pay-off time
If they have under 100.000 miles - 650$ a week, 5 years pay-off time
*Brand new trucks:*
*2022* - **KENWORTHS T680 & MACKS**
3000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2023* - **KENWORTHS** T680, **PETERBILTS** 579 & **FREIGHTLINER** CASCADIAS(regular)
5000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2023* - **VOLVO** VNR 660
$5000 DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2023* - **FREIGHTLINER CASCADIA S** (smaller)
0$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.
4CPM MAINTENANCE, TOWING AND REGISTRATION IS INCLUDED. *2023* - **INTERNATIONAL**
0$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.
CUMMINS ENGINE INCLUDED.

*2024* - **KENWORTHS T680 & MACKS**
5000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2023* - **PETERBILTS** 579 & **FREIGHTLINER** CASCADIAS(regular)
5000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2023* - **VOLVO** VNR 760
$5000 DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.

*2024* - **FREIGHTLINER CASCADIA S** (smaller)

5000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.
4CPM MAINTENANCE, TOWING AND REGISTRATION IS INCLUDED. *2024* - **INTERNATIONAL**
5000$ DOWN PAYMENT, $700 WEEKLY, 5 YEARS PAY OFF TIME.
CUMMINS ENGINE INCLUDED.

# TRAILERS

**2015 to 2023** Trailers - you can rent it or you can lease/purchase it!

**Dry van trailers lease to purchase:**

**2020/2021/2022 $300 a week on 3.5 years +$35 insurance**

**2018/2019 $300 a week on 3 years + $35 insurance**

**2016/2017 $275 a week on 3 years + $35 insurance**

**2014/2015 $300 a week on 2.5 years + $35 insurance**

# DEDUCTIONS:

## Monthly:
-Bobtail insurance: **465$** for used / **500$** for brand new trucks
-ELD 1 service: **150$**

## Weekly:
-Trailer rent: **225$**
/ Trailer lease to buy: **300+35** Insurance
-Cargo insurance: **250$**
-Truck note**: depends on the truck you pick**

## Yearly:
- **Registration plates and highway tax $2500** divided in weeks

## One time:

**- Escrow account:**
Instead of a maintenance account, we use an Escrow, which is a:

-One time payment of **$2000**, divided in weeks
- Can be used for small repairs

3

- Totally **refundable** - If you give a 2 week notice if you ever decide to leave, you get all of the money you put in right back.

## ADDITIONAL INFO:

**-You will have a dispatcher and fleet manager assigned to you, at your service 24/7**

**-The average for solo drivers is 3000 - 4000 miles per week.**

**- You will be waiting for your 1st paycheck for 1 week only.We pay all the loads Monday till Sunday**

**- Fuel card – 250 gallons for Flying Jay and Pilot and 50 additional for other truck stops**
100 gallons can be used on TA, Loves and Petrol and this needs to be the first transaction at the beginning of the day. The other 150 gallons must be used on Flying J and Pilot only!
DEFD fuel can be used only on Flying J and Pilot 50 gallons Can be used on other gas stations and needs to be the first transaction at the beginning of the day. The rest of the 200 gallons must be used on Flying J and Pilot
250 gallons on every Flying J and Pilot daily

**-No self-dispatch is allowed!**

## APPLICATION AND ORIENTATION
*If you want to apply, please send me your CDL front and back, and your medical card* on my direct line (312) 858-9512, or by replying to this email.

*We don't provide transportation to Chicago.
A drug test costs 90$.

*Orientation lasts around 48 hours, hotel costs $50/$70 per night

*You must have at least 4 months of experience with CDL class A if you want to work for our company!

*YOU MUST HAVE A CDL, SOCIAL SECURITY CARD, AND A MEDICAL CARD (if a medical card is under 2 years you need a long form) present at the time you are coming to fill out the application, as well as a complete employment history for the last 10 years. The dates of employment and reason for leaving the job are also required.

## EXPAND YOUR BUSINESS!
If you want to expand your business by putting a driver in one of our trucks and taking that same truck on a lease-to-purchase offer, you need to put in a 5000$ down payment. Your driver needs to be approved by our Safety
department.

4



## MC-977366



# Sam Adams
Recruiting

**Direct Phone:** 3128589512
**Office Phone:** (630) 233-9652 **| Ext:** 756
**Address:** 729 N Route 83 Suite 324
Bensenville, IL 60106

**After Hours - Floyd Inc**
**Working hours 04pm - 12am**
**Phone:** 630-233-9652 | **Ext:** 1600



Here you can rate your service

5