# EXHIBIT

# B

**From:** larry atkinson
**To:** Emily R. Brown
**Subject:** Fwd: Super Ego
**Date:** Monday, October 24, 2022 3:12:58 PM

---------- Forwarded message ----------
From: **Tamara Todorovic Ristic** <tamaratr@floydlogistics.com>
Date: Thursday, July 8, 2021
Subject: Super Ego
To: larryhatkinson@gmail.com

Lease to Buy 2020/2021/2022 Trucks 3000$ down 650 Week /5 Years(with down payment you will get pay every week) or you can take it for 0 down but you will be 2 weeks behind with paycheck

- **Dispatch and accounting fee is 12% of each load we book for you which covers office expenses and payroll. So you get 88% of the load.**
- **You will get a direct deposit on your bank account every Monday. Statements are done Fridays and money sent out. Depending on your bank you will have money in the account Saturdays or Mondays.Your first paycheck you will get after 2 weeks.**

We have 24/7 dispatch available , no force dispatch. You can choose  your destinations. We drive all 48 states and freight we pull freight of all kinds, which **includes dry vans ( $225/week), reefers ($285/ 350 $week) and flatbeds ($180/ week)**. All trailers are 2019 ,2020 and 2021

- **Our drivers average 3000-4000 miles/ week**
- **We give out safety bonuses!**
- **EFS cheks**

**you can get $50 / week of cash advances**

- E- Logs we use are ELD-one e-logs

    Speed limit is 68 mph of trucks

You will get fuel card for fuel

You need to take care about maintenance. You will get truck in good condition

You have to pay for the drug test (80$) and transportation to the office.

Once you arrive to Chicago we can Uber you to our office

# DEDUCTIONS

+ 250.00$/w for **cargo and liability insurance**

+ 225.00$/w for **dry van**, **reefer (350)** and **flatbad (180)**

+ 40.00$/month **trip pak**

+  150 $/month **ELD**

+ 99.00$/one time enrollment fee

+ 30$/one time permits

+ 2.000$**escrow**

+ **Registration** 2500.00$

+ **Ifta**

465$ **month bobtail** insurance

If you want you can put 5000$ down and take another truck on your name and someone else to drive for you. You will be the owner of the truck and trl. And if you want to do lease to own for trl dry van its on 3 and half years 270$ +25 for fizical damage


--
Tamara Todorovic Ristic
Phone : (312) 690 - 4818

| | |
|---|---|
| **From:** | Giovanni Williams |
| **To:** | Emily R. Brown |
| **Subject:** | Fwd: Super ego |
| **Date:** | Wednesday, August 3, 2022 3:53:36 PM |

---------- Forwarded message ---------
From: **Tamara Todorovic Ristic** <tamaratr@floydlogistics.com>
Date: Thu, Jul 1, 2021, 3:56 PM
Subject: Super ego
To: <Gkwlegacies@gmail.com>

Lease to Buy 2020/2021/2022 Trucks 3000$ down 650 Week /5 Years(with down payment you will get pay every week) or you can take it for 0 down but you will be 2 weeks behind with paycheck

- **Dispatch and accounting fee is 12% of each load we book for you which covers office expenses and payroll. So you get 88% of the load.**
- **You will get a direct deposit on your bank account every Monday. Statements are done Fridays and money sent out. Depending on your bank you will have money in the account Saturdays or Mondays.Your first paycheck you will get after 2 weeks.**

We have 24/7 dispatch available , no force dispatch. You can choose  your destinations. We drive all 48 states and freight we pull freight of all kinds, which **includes dry vans ( $225/week), reefers ($285/ 350 $week) and flatbeds ($180/ week)**. All trailers are 2019 ,2020 and 2021

- **Our drivers average 3000-4000 miles/ week**
- **We give out safety bonuses!**
- **EFS cheks**

**you can get $50 / week of cash advances**

- E- Logs we use are ELD-one e-logs

  Speed limit is 68 mph of trucks

You will get fuel card for fuel

You need to take care about maintenance. You will get truck in good condition

You have to pay for the drug test (80$) and transportation to the office.

Once you arrive to Chicago we can Uber you to our office

# DEDUCTIONS

+ 250.00$/w for **cargo and liability insurance**

+ 225.00$/w for **dry van**, **reefer (350)** and **flatbad (180)**

+ 40.00$/month **trip pak**

+  150 $/month **ELD**

+ 99.00$/one time enrollment fee

+ 30$/one time permits

+ 2.000$**escrow**

+ **Registration**  2500.00$

+ **Ifta**

465$ **month bobtail** insurance

If you want you can put 5000$ down and take another truck on your name and someone else to drive for you. You will be the owner of the truck and trl. And if you want to do lease to own for trl dry van its on 3 and half years 270$ +25 for fizical damage


--
Tamara Todorovic Ristic
Phone : (312) 690 - 4818