# EXHIBIT
# R

Jordan Holdings Inc
1900 Polaris Parkway
Suite 450
Columbus, OH 43240
Phone #: (307) 22-2675 6

Statement
RODERICK HALSEY
9/16/2022
Unit #49517
(RODERICK HALSEY)

**RODERICK HALSEY**

**Union City, GA 30291**

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 299506 | Santa Teresa, NM-The Colony, TX | 680 | $1200.00 | 09/06/2022 | **$1,056.00** |
| 299869 | Ecru, MS-Westfield, MA | 1228 | $2600.00 | 09/09/2022 | **$2,288.00** |
| 299637 | Fort Worth, TX-Memphis, TN | 504 | $800.00 | 09/09/2022 | **$704.00** |
| | | | | Total: | **$4,048.00** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Payment | 09/14/2022 | ($1,000.00) |
| Trailer rent | 09/14/2022 | ($225.00) |
| Cargo insurance | 09/14/2022 | ($250.00) |
| Total: | | **($1,475.00)** |

## Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - TULSA, OK | TULSA | OK | 81.71 | $400.27 | $0.00 | $30.33 | 09/05/2022 | ($430.60) |
| Fuel - AMARILLO, TX | AMARILLO | TX | 29.71 | $151.49 | $0.00 | $0.00 | 09/05/2022 | ($151.49) |
| Fuel - SANTA ROSA, NM | SANTA ROSA | NM | 24.26 | $126.14 | $0.00 | $0.00 | 09/06/2022 | ($126.14) |
| Fuel - ANTHONY, TX | ANTHONY | TX | 58.87 | $300.17 | $0.00 | $0.00 | 09/06/2022 | ($300.17) |
| Fuel - ODESSA, TX | ODESSA | TX | 63.90 | $325.82 | $0.00 | $24.00 | 09/07/2022 | ($349.82) |
| Cash advance | ODESSA | TX | 0.00 | $0.00 | $50.00 | $0.00 | 09/07/2022 | ($51.00) |
| Fuel - DALLAS, TX | DALLAS | TX | 37.60 | $176.67 | $0.00 | $0.00 | 09/08/2022 | ($176.67) |
| Fuel - DALLAS, TX | DALLAS | TX | 30.62 | $149.99 | $0.00 | $0.00 | 09/08/2022 | ($149.99) |
| Fuel - DALLAS, TX | DALLAS | TX | 60.87 | $295.77 | $0.00 | $0.00 | 09/08/2022 | ($295.77) |
| Fuel - N. LITTLE RO, AR | N. LITTLE RO | AR | 23.63 | $120.47 | $0.00 | $20.05 | 09/09/2022 | ($140.52) |
| Fuel - WEST MEMPHIS, AR | WEST MEMPHIS | AR | 24.08 | $125.17 | $0.00 | $0.00 | 09/09/2022 | ($125.17) |
| Fuel - NEW ALBANY, MS | NEW ALBANY | MS | 50.63 | $250.04 | $0.00 | $0.00 | 09/10/2022 | ($250.04) |
| Fuel - BRASELTON, GA | BRASELTON | GA | 47.88 | $225.00 | $0.00 | $15.01 | 09/11/2022 | ($240.01) |
| | | | | | | | Total: | **($2,787.39)** |

| | | |
|---|---|---|
| | **Check Amount:** | **($214.39)** |

Jordan Holdings Inc
1900 Polaris Parkway
Suite 450
Columbus, OH 43240
Phone #: (307)222-6756

Statement
**RODERICK HALSEY**
10/14/2022
Unit #49517
(RODERICK HALSEY)

**RODERICK HALSEY**

█████████████████

**Union City, GA 30291**

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 311396 | Champlain, NY-Hagerstown, MD | 522 | $1100.00 | 10/06/2022 | **$968.00** |
| 312037 | Fleetwood, PA-Lithia Springs, GA | 775 | $1600.00 | 10/07/2022 | **$1,408.00** |
| | | | | Total: | **$2,376.00** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Payment - 1 | 10/13/2022 | ($300.00) |
| Trailer rent | 10/13/2022 | ($225.00) |
| Cargo Insurance | 10/13/2022 | ($250.00) |
| | Total: | **($775.00)** |

## Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - LORDSBURG, NM | LORDSBURG | NM | 49.98 | $242.33 | $0.00 | $0.00 | 10/03/2022 | ($242.33) |
| Fuel - VAN HORN, TX | VAN HORN | TX | 72.03 | $350.01 | $0.00 | $30.72 | 10/03/2022 | ($380.73) |
| Fuel - WEATHERFORD, TX | WEATHERFORD | TX | 49.70 | $221.62 | $0.00 | $20.01 | 10/03/2022 | ($241.63) |
| Fuel - RAYVILLE, LA | RAYVILLE | LA | 145.18 | $705.42 | $0.00 | $0.00 | 10/04/2022 | ($705.42) |
| Fuel - BIRMINGHAM, AL | BIRMINGHAM | AL | 64.39 | $300.01 | $0.00 | $29.18 | 10/05/2022 | ($329.19) |
| Cash Advance | BIRMINGHAM | AL | 0.00 | $0.00 | $50.00 | $0.00 | 10/05/2022 | ($51.00) |
| Fuel - GREENEVILLE, TN | GREENEVILLE | TN | 33.53 | $160.89 | $0.00 | $0.00 | 10/05/2022 | ($160.89) |
| Fuel - CARLISLE, PA | CARLISLE | PA | 37.51 | $206.29 | $0.00 | $0.00 | 10/05/2022 | ($206.29) |
| Fuel - HARTFORD, CT | HARTFORD | CT | 49.60 | $247.93 | $0.00 | $0.00 | 10/06/2022 | ($247.93) |
| Fuel - STURBRIDGE, MA | STURBRIDGE | MA | 41.01 | $217.31 | $0.00 | $0.00 | 10/06/2022 | ($217.31) |
| Fuel - ROTTERDAM, NY | ROTTERDAM | NY | 39.88 | $215.30 | $0.00 | $20.09 | 10/07/2022 | ($235.39) |
| Fuel - MYERSTOWN (F, PA | MYERSTOWN (F | PA | 70.31 | $400.70 | $0.00 | $34.98 | 10/08/2022 | ($435.68) |
| Fuel - WYTHEVILLE, VA | WYTHEVILLE | VA | 47.63 | $252.41 | $0.00 | $0.00 | 10/08/2022 | ($252.41) |

Jordan Holdings Inc

ProTransport Trucking Software
www.pro-transport.com

Page 1 Of 2

| Fuel - WYTHEVILLE, VA | WYTHEVILLE | VA | 28.95 | $153.38 | $0.00 | $0.00 | 10/08/2022 | ($153.38) |
|---|---|---|---|---|---|---|---|---|
| Fuel - CALHOUN, GA | CALHOUN | GA | 25.19 | $125.90 | $0.00 | $0.00 | 10/08/2022 | ($125.90) |
| | | | | | | | Total: | **($3,985.48)** |
| | | | | | | | Check Amount: | **($2,384.48)** |