## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| LARRY ATKINSON, et al., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER EGO HOLDING LLC, et al.;<br><br>Defendants. | Case No. 22-cv-04127<br><br>Judge Martha Pacold<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, December 8, 2025 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will appear before Judge David Wesiman, or any judge sitting in his stead in Courtroom 1318 of the United States District Court for the Northern District of Illinois, at 219 S. Dearborn Street in Chicago, to present **Plaintiffs' Unopposed Motion to Submit a Ten-Page Settlement Letter,** a copy of which was previously served on you.

Dated: December 2, 2025

Respectfully submitted:

*/s/ Emily R. Brown*
One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
cwilmes@hsplegal.com
Emily Brown
ebrown@hsplegal.com
HUGHES, SOCOL, PIERS, RESNICK, & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, Illinois 60602
312-580-0100