**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| LARRY ATKINSON, et al., on behalf of themselves and others similarly situated, | |
| Plaintiffs, | Case No. 22-cv-04127 |
| v. | Judge Martha Pacold |
| SUPER EGO HOLDING LLC, et al.; | Magistrate Judge M. David Weisman |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, May 14, 2026 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will appear before Judge David Weisman, or any judge sitting in his stead in Courtroom 1318 of the United States District Court for the Northern District of Illinois, at 219 S. Dearborn Street in Chicago, to present **Plaintiffs' Motion to Compel Production of Defendant Mimic's Email Communications and for Leave to Take a Total of Seventeen Depositions,** a copy of which was previously served on you.

Dated: May 11, 2026

Respectfully submitted:

*/s/ Christopher J. Wilmes*
One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
cwilmes@hsplegal.com
Emily Brown
ebrown@hsplegal.com
HUGHES, SOCOL, PIERS, RESNICK, & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, Illinois 60602
312-580-0100