**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Larry Atkinson, et al.

Plaintiff,

v.

Case No.: 1:22−cv−04127
Honorable Martha M. Pacold

Super Ego Holding, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Oral argument held on 9/15/2026. As more fully explained and for the reasons stated on the record: Defendants' motion to dismiss, [215], is granted in part and denied in part. Count II is dismissed with prejudice to the extent it relies on an aiding and abetting theory. Counts I, III, IV, and V are dismissed without prejudice regarding Mimic. In all other respects, the motion is denied. Defendants' Rule 72(a) objections, [328], are overruled and the magistrate judge's order [322] is affirmed. Plaintiffs shall file a status report by 9/25/2026 about whether they plan to file an amended complaint. If plaintiffs do not file an amended complaint, defendants shall file an answer or other response by 11/17/2026. If the plaintiffs do file an amended complaint, the 11/17/2026 answer deadline will be vacated. The parties shall file a joint status report about the status of the case by 1/20/2027. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.